1  William I. Edlund, State Bar No. 25013
   Alyson L. Huber, State Bar No. 202713
2  BARTKO, ZANKEL, TARRANT & MILLER
   A Professional Corporation
3  900 Front Street, Suite 300
   San Francisco, California 94111
4  Telephone: (415) 956-1900
   Facsimile: (415) 956-1152
5
   Attorneys for Defendant
6  POWER MEDICAL INTERVENTIONS, A DELAWARE CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 MYRICK TANTIADO, an individual,         )  No. 3:07-cv-02874-EDL
                                           )
12         Plaintiff,                      )  **STIPULATION TO ENLARGE TIME
                                           )  TO FILE A RESPONSIVE
13     v.                                  )  PLEADING**
                                           )
14 POWER MEDICAL INTERVENTIONS, a          )
   Delaware corporation, and DOES ONE through )
15 FIFTY, inclusive,                       )
                                           )
16         Defendants.                     )
                                           )
17 _____)

18         On April 6, 2007, Plaintiff Myrick Tantiado ("Plaintiff") filed his Complaint in the

19 instant action in the Superior Court, San Francisco County, State of California. Defendant Power

20 Medical Interventions ("PMI") was served a copy of the summons and the complaint for damages

21 and demand for jury trial in this action on May 2, 2007. On June 1, 2007, PMI filed a Notice of

22 Removal with this Court pursuant to 28 U.S.C. § 1446(b). The parties are currently engaged in

23 settlement discussions, which may obviate the need for PMI to answer or otherwise plead to the

24 Complaint.

25         The parties hereby stipulate to extend the time for PMI to file a responsive pleading

26 to June 22, 2007. pursuant to Local Rule 6-1, this extension will not alter the date of any event or

27 any deadline currently set by the Court.

28
                                          -1-

SO STIPULATED.

DATED: June 7, 2007

        BARTKO, ZANKEL, TARRANT & MILLER
        A Professional Corporation


By: /S/_____
        Alyson L. Huber
        Attorneys for Defendant
        POWER MEDICAL INTERVENTIONS, A
        DELAWARE CORPORATION

DATED: June 7, 2007

        MOSLEY & GEARINGER LLP


By: /S/_____
        Stephen F. Henry
        Attorneys for Plaintiff
        MYRICK TANTIADO