ORIGINAL

Clerk's Use Only
Initial for fee pd.:

Type name, address, phone number of applicant here
Michael L. Rosen, Esq., Foley Hoag LLP
155 Seaport Boulevard, Boston, MA 02210
(617) 832-1000

FILED
07 AUG 20 PM 12: 16
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MYRICK TANTIADO

    Plaintiff(s),

v.

POWER MEDICAL INTERVENTIONS,
a Delaware corporation, and DOES ONE
through FIFTY, inclusive

    Defendant(s).

CASE NO. 07-CV 02874 (EDL)

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Pursuant to Civil L.R. 11-3, Michael L. Rosen, an active member in good standing of the bar of U.S. District Court, District of Massachusetts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Power Medical Interventions in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

William I. Edlund, Esq. and Alyson L. Huber, Esq., Bartko Zankel Tarrant & Miller, 900 Front Street, Suite 300, San Francisco, CA 94111, (415) 956-1900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/16/07

Type name, address, phone number of applicant here
John E. Duke, Esq., Foley Hoag LLP
155 Seaport Boulevard, Boston, MA 02210
(617) 832-1000

ORIGINAL

FILED
07 AUG 20 PM 12: 17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MYRICK TANTIADO

    Plaintiff(s),

v.

POWER MEDICAL INTERVENTIONS,
a Delaware corporation, and DOES ONE
through FIFTY, inclusive

    Defendant(s).

CASE NO. 07-CV 02874 (EDL)

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, John E. Duke, an active member in good standing of the bar of U.S. District Court, District of Massachusetts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Power Medical Interventions in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

William I. Edlund, Esq. and Alyson L. Huber, Esq., Bartko Zankel Tarrant & Miller, 900 Front Street, Suite 300, San Francisco, CA 94111, (415) 956-1900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug. 16, 2007