ORIGINAL

RECEIVED
AUG 20 PM 12:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

FILED
AUG 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRICK TANTIADO<br><br>Plaintiff(s),<br>v.<br>POWER MEDICAL INTERVENTIONS,<br>a Delaware corporation, and DOES ONE<br>through FIFTY, inclusive<br><br>Defendant(s). | CASE NO. 07-CV 02874 (EDL)<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

John E. Duke                    , an active member in good standing of the bar of
the U.S. District Court, District of Massachusetts   whose business address and telephone number
(particular court to which applicant is admitted)
is
Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210, Telephone: (617) 832-1000
,
having applied in the above-entitled action for admission to practice in the Northern District of
California on a *pro hac vice* basis, representing Defendant Power Medical Interventions   .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac
vice*. Service of papers upon and communication with co-counsel designed in the application will
constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing*.

Dated: Aug 23, 2007

_____
United States Magistrate Judge