Michael L. Rosen
John E. Duke
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile (617) 832-7000
*Admitted Pro Hac Vice*

William I. Edlund, State Bar No. 25013
Alyson L. Huber, State Bar No. 202713
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendant
POWER MEDICAL INTERVENTIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRICK TANTIADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>POWER MEDICAL INTERVENTIONS, a Pennsylvania corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | No. C 07-02874 EDL<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rules of Civil Procedure 7.1, defendant POWER MEDICAL INTERVENTIONS, a Delaware corporation, discloses that Boston Scientific Corporation, a publicly held corporation, owns more than 10% of the stock of defendant.

Defendant further certifies pursuant to Civil L.R. 3-16 that as of this date, other than the named parties, no other persons or entities have (i) a financial interest (of any kind) in the

///

///

-1-

subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED: August 28, 2007

                                  BARTKO, ZANKEL, TARRANT & MILLER
                                  A Professional Corporation

                                By:     /s/ Alyson L. Huber
                                              Alyson L. Huber
                                              Attorneys for Defendant
                                              POWER MEDICAL INTERVENTIONS