# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Tantiado,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>Power Medical Interventions,<br><br>　　　　Defendant(s). | 07-02874 CRB MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**John Koeppel**
Ropers, Majeski, Kohn & Bentley
201 Spear St., Suite 1000
San Francisco, CA 94105
415-543-4800

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02874 CRB MED　　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: August 30, 2007

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-02874 CRB MED                      - 2 -