**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MYRICK TANTIADO,

    Plaintiff,

v.

POWER MEDICAL INTERVENTIONS,

    Defendant.
_____/

No. C 07-02874 CRB

**Clerk's Notice**

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, September 21, 20007 at 8:30 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 4, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Barbara Espinoza
Courtroom Deputy