SAN FRANCISCO | 201 Spear Street
Los Angeles | Suite 1000
New York | San Francisco, CA 94105
Redwood City | Telephone (415) 543-4800
San Jose | Facsimile (415) 972-6301
| www.ropers.com



John A. Koeppel
(415) 972-6373

jkoeppel@ropers.com

September 4, 2007

*Via Email and U. S. Mail*

Stephen F. Henry, Esq.
Mosley & Gearinger LLP
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109-7837

John Earl Duke, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

William Ivar Edlund, Esq.
Alyson Lewis Huber, Esq.
Bartko Zankel Tarrant & Miller
900 Front Street, Suite 300
San Francisco, CA 94111

Re: Myrick Tantiado v. Power Medical Interventions
U.S.D.C., Northern District of California, Case No. C 07-02874 CRB MED

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the mediator in this case under the Court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. I have attached a resume describing my professional experience.

Pursuant to ADR L.R. 6-6, I will conduct a telephone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;

- the nature of the case;

- appropriate dates for the mediation and anticipated length of the session;

- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;

- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;

- requirements for your written mediation statements;

- any questions you might have about how I normally conduct mediations; and

RC1/5006999.1/VS2
9/4/07



Drexel A. Bradshaw, Esq.
Michael R. Bracamontes, Esq.
Christopher J. Mead, Esq.
Scott M. McLeod, Esq.
Re:  Amador v. High Tech High
September 4, 2007                                                                                             Page 2

> any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour.  I have set the telephone conference for *Wednesday, September 12, 2007, at 10:30 a.m.*  My calendar precludes me from scheduling this conference any sooner.  *Please call my office within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times within a week of this date when you are available.*  Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted.  The final date that the mediation can be held is *December 14, 2007*, based on the current scheduling order.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. § 455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

I look forward to assisting you on this case.

                                                    Sincerely yours,

                                                    John A. Koeppel

JAK:vds

cc:    Clerk's Office-ADR Unit

RC1/5006999 1/VS2
9/4/07