

**JOHN A. KOEPPEL**
Ropers, Majeski, Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, California 94105
(415) 543-4800
jkoeppel@ropers.com

**ROPERS, MAJESKI, KOHN & BENTLEY**

Ropers, Majeski is a litigation and transactional firm whose attorneys have practiced in the Bay Area for the past 50 years. The firm currently has offices in San Francisco, Redwood City, San Jose, Los Angeles and New York, with a total of approximately 130 attorneys. The firm's work includes virtually all types of litigated matters and business and real estate transactions.

*EXPERIENCE:*

1982 to Present

*Partner, San Francisco Office*
Responsible for hiring, training, supervision, business development and profitability for a team consisting of three to seven attorneys in a trial practice involving commercial litigation, product liability, medical malpractice premises liability, construction defect, wrongful termination, general casualty matters, and landlord-tenant matters..

**Representative Clients:** RCN, PG&E, Johnson Controls, Tomkins Industries, Philips Products, Inc., Mercy Housing Corporation, Ralcorp, Fiberboard, ADT Automotive, Cargill, California Department of Insurance, Fireman's Fund Insurance Company, Continental Insurance Company, Winterthur Insurance Company.

| | |
|---|---|
| **Firm Board of Directors** | 1992-1999, 2003-Present |
| **Managing Director, San Francisco office** | 1992-1995, 1997-1999 |
| **AV rated** | |
| **Arbitrator, San Francisco Superior Court** | 1979-Present |
| **Mediator, San Francisco Superior Court** | 1993-Present |
| **Mediator, United States District Court** | 2006-Present |

**Certified by National Board of Trial Advocacy**
**Outstanding Volunteer 2004, Volunteer Legal Services Program,**
    **Bar Association of San Francisco**
**Northern California Super Lawyer, 2004 and 2005**
**Admitted:  California, District of Columbia, United States Supreme Court**

| | |
|---|---|
| 1980 to 1982 | *Associate* |
| | Responsible for individual caseload and client development from date of hiring. |
| 1976 to 1980 | **BARFIELD, BARFIELD, DRYDEN & RUANE, San Francisco, California** |
| | *Associate* |
| | Tried first bench trial within one month of admission, first jury trial within five months. |

## *COMMUNITY SERVICE:*

San Francisco Bar Association Volunteer Legal Services Program, 1978 – present
Recognized by State Bar of California for Pro Bono work: 1989
Guest Lecturer, Hastings College
Guest Instructor, Hastings College of Advocacy
Board of Directors, San Francisco Food Bank
Board of Directors, San Francisco School
Board of Directors/Officer, St. Francis Homes Association
Board of Directors/Legal Counsel, Or Shalom Jewish Community
Board of Directors/Legal Counsel, Amigos de los Americas
Legal Counsel, San Francisco Jaycees
Volunteer Coach, Stonestown YMCA: Basketball and Soccer; San Francisco School: Basketball

## *EDUCATION:*

Hastings College of Law
University of California
J.D.

Fletcher School of Law and Diplomacy
Tufts University
M.A., International Law.

University of Notre Dame
B.A. *cum laude*, Government.