1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MYRICK TANTIADO,                              No. C 07-02874 CRB

12              Plaintiff,                         **Clerk's Notice**

13      v.

14   POWER MEDICAL INTERVENTIONS,

15              Defendant.
                                            /
16

17   YOU ARE NOTIFIED THAT the Court has rescheduled the case management conference for

18   Friday, December 7, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer.  The case
     management statement to be filed on or before November 30, 2007.
19

20   Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
     San Francisco, CA  94102.
21

22
     Dated: November 6, 2007                        FOR THE COURT,
23
                                                    Richard W. Wieking, Clerk
24
                                                    By:_____
25                                                     Barbara Espinoza
                                                       Courtroom Deputy
26

27

28

**United States District Court**
For the Northern District of California