**FILED**

NOV 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

**Northern District of California**

Tantiado,

      Plaintiff(s),

    v.

Power Medical Interventions,

      Defendant(s).

No. C 07-02874 CRB MED

**Certification of ADR Session**

*Instructions*: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a X Mediation or ☐ ENE session on (date) November 7, 2007

2. Did the case settle?   ☐ fully   ☐ partially   X no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   X phone discussions expected by (date) January 2008

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   X NO

Dated:   November 12, 2007   /s/ John Koeppel
**Mediator, John Koeppel**
Ropers, Majeski, Kohn & Bentley
201 Spear St., Suite 1000
San Francisco, CA 94105

450 GOLDEN GATE AVENUE ▪ SAN FRANCISCO, CA 94102 ▪ Tel: (415) 522-2199 ▪ Fax: (415) 522-4112
www.adr.cand.uscourts.gov