## CIVIL MINUTES

**Judge CHARLES R. BREYER**

Date: **December 7, 2007**

**C-07-02874 CRB**

### MYRICK TANTIADO  v.  POWER MEDICAL INTERVENTIONS

Attorneys:     Mark Moseley _____          Alyson Huber _____

              Stephen Henry _____          _____

Deputy Clerk: **BARBARA ESPINOZA** _____          Reporter:  **Not Reported**

**PROCEEDINGS:**                                                                              **RULING:**

1. Further Case Management Conference  -   Held _____          _____

2. _____          _____

3. _____          _____

## ORDERED AFTER HEARING:

_____

_____

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO February 29, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____          Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: _____

_____

_____