1 | STEPHEN F. HENRY, SBN 142336
2 | 2625 Alcatraz Avenue, No. 615
Berkeley, CA 94705
3 | Telephone: (510) 898-1883
Facsimile: (510) 295-2516
4 | shenry@SHenrylaw.com

5 | ATTORNEY FOR PLAINTIFF

6 | UNITED STATES DISTRICT COURT FOR

7 | THE NORTHERN DISTRICT OF CALIFORNIA

| MYRICK TANTIADO, an individual, | Case No. C 07-02874 CRB MED |
|---|---|
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| POWER MEDICAL INTERVENTIONS, a Pennsylvania corporation, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | Original filing date: April 6, 2007<br>Removal date: June 1, 2007 |

16 | TO THE COURT AND ALL COUNSEL OF RECORD:

17 | PLEASE TAKE NOTICE that counsel for plaintiff is at a new address, phone number, e-mail

18 | address and fax number:

19 | STEPHEN F. HENRY, ESQ
2625 Alcatraz Avenue, No. 615
20 | Berkeley, CA 94705
Telephone: (510) 898-1883
21 | Facsimile: (510) 295-2516
shenry@SHenrylaw.com

23 | DATED: January 16, 2008

\_\_\_/s/ Stephen Henry_____
STEPHEN F. HENRY
ATTORNEY FOR PLAINTIFF

*Sidebar:* Stephen F. Henry, Esq. / 2625 Alcatraz Ave., No. 615 / Berkeley, CA 94705 / (510) 898-1883 (phone)

1

**Case No.:**                            **CHANGE OF ADDRESS**