**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 29, 2008**

**C07-02874 CRB**

**MYRICK TANTIADO v. POWER MEDICAL INTERVENTIONS**

Attorneys:   Stephen Henry                             William Edlund

Deputy Clerk: **BARBARA ESPINOZA**         Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                **RULING:**

1. Further Case Management Conference  -  Held

2.

3.

**ORDERED AFTER HEARING:**

Briefing schedule for motion set.  Motion filed by 7/18/2008; opposition 8/08/2008; reply 8/15/2008

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For: ____

(X) CASE CONTINUED TO August 22, 2008 @ 10:00 a.m. for  Motion

Discovery Cut-Off ____                         Expert Discovery Cut-Off ____
Plntf to Name Experts by ____              Deft to Name Experts by ____
P/T Conference Date ____        Trial Date ____        Set for ____ days
                         Type of Trial:  ( )Jury    ( )Court

Notes: ____