William I. Edlund, State Bar No. 25013
Alyson L. Huber, State Bar No. 202713
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
wedlund@bztm.com
ahuber@bztm.com

Michael L. Rosen, *Admitted Pro Hac Vice*
John E. Duke, *Admitted Pro Hac Vice*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mrosen@foleyhoag.com
jduke@foleyhoag.com

Attorneys for Defendant Power Medical Interventions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRICK TANTIADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>POWER MEDICAL INTERVENTIONS, a Pennsylvania corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 07-02874 CRB<br><br>**DECLARATION OF JOHN E. DUKE IN SUPPORT OF STIPULATION ENLARGING TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND MODIFY BRIEFING SCHEDULE** |

I, John E. Duke, declare:

1. I am a member of the Bar of the Commonwealth of Massachusetts and a member of the law firm of Foley Hoag LLP, admitted to this Court *pro hac vice* to serve as

-1-

counsel of record for defendant Power Medical Interventions, Inc. ("PMI"). I have personal knowledge of the facts stated in this Declaration, and if called upon, could and would testify competently thereto.

    2.    In accordance with Northern District of California Civil Local Rules 6-2 and 7-12, and this Court's Standing Orders, the parties in the above-captioned matter stipulate to extend the deadline for filing motions for summary judgment from July 18, 2008 to July 25, 2008.

    3.    The reason for this short extension is that Michael L. Rosen, PMI's lead counsel, has had to tend to an emergency medical situation regarding one of his children.

    4.    The only previous time modification in this case is the Stipulation extending the time for PMI to respond to the Complaint from June 8, 2007 to June 22, 2007 (Docket No. 3.).

    5.    Extending the deadline for filing summary judgment motions will necessitate pushing the summary judgment briefing schedule back a week, such that any opposition will be due to be filed by August 15, 2008 and any reply will be due to be filed by August 22, 2008. As a result, the motion hearing currently scheduled for August 22, 2008 at 10:00 a.m. will need to be rescheduled for August 29, 2008 or such other time as is convenient for the Court.



Executed on July 16, 2008, at Boston, Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                  John E. Duke

BARTKO ZANKEL
Bartko·Zankel·Tarrant·Miller
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

-2-

DECLARATION OF JOHN E. DUKE IN SUPPORT OF STIPULATION EXTENDING DEADLINES
Case No. C 07-02874 CRB.