Stephen F. Henry, State Bar No. 142336
2625 Alcatraz Avenue, No. 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile: (510) 295-2516
shenry@shenrylaw.com

Attorney for Plaintiff MYRICK TANTIADO

William I. Edlund, State Bar No. 25013
Alyson L. Huber, State Bar No. 202713
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
wedlund@bztm.com
ahuber@bztm.com

Michael L. Rosen, *Admitted Pro Hac Vice*
John E. Duke, *Admitted Pro Hac Vice*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mrosen@foleyhoag.com
jduke@foleyhoag.com

Attorneys for Defendant POWER MEDICAL INTERVENTIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRICK TANTIADO, an individual, | No. 3:07-cv-02874-EDL |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND MODIFY BRIEFING SCHEDULE** |
| v. | |
| POWER MEDICAL INTERVENTIONS, a Delaware corporation, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

-1-

## STIPULATION

The parties, through their undersigned counsel of record, hereby stipulate as follows:

1. The deadline for filing a motion for summary judgment shall be extended from July 18, 2008 to July 25, 2008.

2. The deadline for filing an opposition to a motion for summary judgment shall be extended from August 8, 2008 to August 15, 2008.

3. The deadline for filing a reply to an opposition to a motion for summary judgment shall be extended from August 15, 2008 to August 22, 2008.

4. The hearing on any motions for summary judgment currently scheduled for August 22, 2008 shall be continued until September 5, 2008 or such time as is convenient for the Court.

SO STIPULATED.

DATED: July /6/ 2008

        BARTKO, ZANKEL, TARRANT & MILLER
        A Professional Corporation

        By: _____
             Alyson L. Huber
            Attorneys for Defendant
        POWER MEDICAL INTERVENTIONS, A
        DELAWARE CORPORATION

DATED: July 16, 2008

        STEPHEN F. HENRY
        Attorney at Law

        By: _____
            Stephen F. Henry
            Attorneys for Plaintiff
            MYRICK TANTIADO

BARTKO ZANKEL
Bartko·Zankel·Tarrant·Miller | Lovit & Harman, Inc. of Counsel
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

**ORDER**

Based on the foregoing stipulation, and for good cause shown,

IT IS HEREBY ORDERED

1. The deadline for filing a motion for summary judgment is extended from July 18, 2008 to July 25, 2008.

2. The deadline for filing an opposition to a motion for summary judgment is extended from August 8, 2008 to August 15, 2008.

3. The deadline for filing a reply to an opposition to a motion for summary judgment is extended from August 15, 2008 to August 22, 2008.

4. The hearing on any motions for summary judgment currently scheduled for August 22, 2008 is continued until September 5, 2008 at 10:00 a.m. or such time as the Court may subsequently order.

DATED this __21__ day of _____July_____, 2008.



_____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-3-