William I. Edlund, State Bar No. 25013
Alyson L. Huber, State Bar No. 202713
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
wedlund@bztm.com
ahuber@bztm.com

Michael L. Rosen, *Admitted Pro Hac Vice*
John E. Duke, *Admitted Pro Hac Vice*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mrosen@foleyhoag.com
jduke@foleyhoag.com

Attorneys for Defendant Power Medical Interventions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRICK TANTIADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>POWER MEDICAL INTERVENTIONS, a Pennsylvania corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 07-02874 CRB<br><br>**DECLARATION OF RITA ESPOSITO IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: September 5, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8 |

-1-

1507.011/301045.1   PARTIAL SUMMARY JUDGMENT MOTION OF DEFENDANT POWER MEDICAL INTERVENTIONS, INC.

I, Rita Esposito, declare:

1. I am Director, Human Resources for Power Medical Interventions, Inc. ("PMI"). I have personal knowledge of the facts stated in this Declaration, and if called upon, could and would testify competently thereto.

2. On July 12, 2006, I received in the usual course of business the email attached hereto as Exhibit A.

Executed on July 25, 2008, at Langhorne, Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Rita Esposito_
Rita Esposito

-2-

1507.011/301045.1    PARTIAL SUMMARY JUDGMENT MOTION OF DEFENDANT POWER MEDICAL INTERVENTIONS, INC.