# EXHIBIT A

From: Holmes, Pat
Sent: Wednesday, July 12, 2006 4:35 PM
To: Grundman, Thomas; Esposito, Rita
Cc: Steffan, Pat
Subject: FW: Power Medical DISPOSABLE returns - Moffitt Long & Mt. Zion

Tom and Rita,
UCSF would like to return $40,000 worth of products sold by Myrick. I have asked Rob Chase
and Steve Mehl to work on salvaging this customer. We should hold back any commission or
other payments for Myrick Tantiado until this matter is resolved.
Pat
Chief Operating Officer
Power Medical Interventions
267-775-8150

-----Original Message-----
From: Petz, Alice
Sent: Wednesday, July 12, 2006 1:11 PM
To: Chase, Robert
Cc: Mehl, Steven
Subject: FW: Power Medical DISPOSABLE returns - Moffitt Long & Mt. Zion

Rob,

Attached is the email from UCSF.

Sales needs to call this account.  While the 'evaluation' is extended, there is no
reference to the unconditional guarantee.

Separately, I have arranged for Clough Trucking to pick up the two SurgASSIST equipment.

Alice

Alice C. Petz
Customer Service and Sales Support
POWER MEDICAL INTERVENTIONS, INC.

3

PMI 000088

apetz@pmi2.com  ;   267-775-814␣ _direct

-----Original Message-----
From: Leonard, Brian D. [mailto:Brian.Leonard@ucsfmedctr.org]
Sent: Monday, July 10, 2006 4:37 PM
To: Petz, Alice
Subject: FW: Power Medical DISPOSABLE returns - Moffitt Long & Mt. Zion

Hi Alice,

I have not heard back from Myrick regarding this e-mail.  All of these supplies were
shipped over 60 days ago.  We are asking for full credit because UCSF and Power Medical
mutually agreed to extend the evaluation period beyond the 60 day agreement.  Furthermore,
ever since UCSF ended the evaluation in February, Myrick has either been unresponsive or
an obstacle in getting these items returned.

Thanks,
Brian D. Leonard
Senior Buyer
UCSF Medical Center Purchasing
Tel:  (415) 353-9312
Pgr: (415) 443-0958
Fax: (415) 353-4631
E-mail: brian.leonard@ucsfmedctr.org
> This email is intended only for the person or entity to which it is
> addressed, and may contain information that is privileged,
> confidential, or otherwise protected from disclosure. Dissemination,
> distribution, or copying of the email or the information herein by
> anyone other than the intended recipient is prohibited. If you have
> received this email in error, please notify the sender by reply email,
> and destroy the original message and all copies.
>
>
>
>   -----Original Message-----
> From:     Leonard, Brian D.
> Sent:     Monday, June 19, 2006 2:59 PM
> To: Myrick Tantiado (E-mail)
> Cc: Diehlman, Robin; Singh, Noel; Thomas, Tracy
> Subject:  Power Medical DISPOSABLE returns - Moffitt Long & Mt. Zion
>
> Hi Myrick,
>
> Attached is the list of items purchased for the evaluation at UCSF.
> Now that the evaluation period had ended, UCSF needs to return these
> items for full credit.  Each item has the expected credit value
> indicated.  The last column (column J) needs to be filled in by Power
> Medical with the RMA#.  Please have someone send this back to me by
> Wednesday 06/28/06.  If someone needs to contact me, I will be
> available tomorrow 06/20/06 but not again until 06/28/06 (I'll be out
> of the office 06/21-06/27).
>
> >  <<Disposables returns - MZ and ML.xls>>
> Thanks,
>
> Brian D. Leonard
> Senior Buyer
> UCSF Medical Center Purchasing
> Tel:  (415) 353-9312
> Pgr: (415) 443-0958
> Fax: (415) 353-4631
> E-mail: brian.leonard@ucsfmedctr.org
> This email is intended only for the person or entity to which it is
> addressed, and may contain information that is privileged,

4

PMI 000089