William I. Edlund, State Bar No. 25013
Alyson L. Huber, State Bar No. 202713
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
wedlund@bztm.com
ahuber@bztm.com

Michael L. Rosen, *Admitted Pro Hac Vice*
John E. Duke, *Admitted Pro Hac Vice*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mrosen@foleyhoag.com
jduke@foleyhoag.com

Attorneys for Defendant Power Medical Interventions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRICK TANTIADO, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>POWER MEDICAL INTERVENTIONS, a Pennsylvania corporation, and DOES ONE through FIFTY, inclusive,<br><br>　　　　Defendants. | Case No. C 07-02874 CRB<br><br>**DECLARATION OF PAT STEFFAN IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: September 5, 2008<br>Time:　　　　10:00 a.m.<br>Judge:　　　　Hon. Charles R. Breyer<br>Courtroom:　　8 |

I, Patricia Steffan, declare:

1.　　I am Vice President of Finance for Power Medical Interventions, Inc. ("PMI"). Among other things, my responsibilities include serving as custodian of sales records for

-1-

1. PMI's sales employees. I have personal knowledge of the facts stated in this Declaration, and if called upon, could and would testify competently thereto.

2. For all twelve months of 2005, Myrick Tantiado had $283,000 in sales. Attached as Exhibit A to this Declaration is a business record showing Tantiado's 2005 sales.

3. During the six months of 2006 that Mr. Tantiado worked for PMI, by contrast, he only had $51,000 in sales. Attached as Exhibit B to this Declaration is a business record showing Tantiado's 2006 sales.

Executed on July 25, 2008, at Langhorne, Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Patricia Steffan

-2-

1507.011/301045.1    PARTIAL SUMMARY JUDGMENT MOTION OF DEFENDANT POWER MEDICAL INTERVENTIONS, INC.