# EXHIBIT A

- Confidential -

Power Medical Interventions, Inc.

Orders Shipped by Sales Rep (with firings) - All Regions

Start Date:   1/1/2005   End Date:   1/30/2005

For Sales Rep(ALL = ALL):
ALL

| Region | Salesperson | Cmt# | Customer Name | Customer PO# | Order # | Item # | Description | Qty Ship Serial Lot # | UOM | Unit Price | Ext Price | Request | Actual Ship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAY AREA | Tanisato | 093 | Dominican Hospital 278948 | | ID-0000269 | RALC30 | Right Angle Linear Cutter 30mm 6 Fire | 1 LC-00277 | BOX | 2,175. | 2,175 | 11/22/2005 | 11/22/2005 |
| BAY AREA | Tanisato | 093 | Dominican Hospital 278948 | | ID-0000269 | C529 | Power Circular Stapling Unit 29mm 6 Fi | 1 LC-00286 | BOX | 2,175. | 2,175 | 11/22/2005 | 11/22/2005 |
| BAY AREA | Tanisato | 093 | Dominican Hospital 278814 | | ID-0000495 | RALC45 | Right Angle Linear Cutter 45mm 6 Fire | 1 LC-00289 | BOX | 2,175.00 | 2,175 | 11/22/2005 | 11/22/2005 |
| BAY AREA | Tanisato | 093 | Dominican Hospital | | | | | 3 Tti Shipped | | $7,050.00 | | | |
| BAY AREA | Tanisato | 093 | Good Samaritan Hos 378959 | | ID-0000194 | C533 | Circular Stapling Unit 33mm 6 Fir Box | 1 LC-00370 | BOX | 2,430.00 | 2,430 | 8/16/2005 | 11/11/2005 |
| BAY AREA | Tanisato | 093 | Good Samaritan Hos 384058 | | ID-0000720 | SLC5558 | Straight Linear Cutter 55mm Blue 6 Fi | 1 MT-00371 | BOX | 2,010.00 | 2,010 | 11/16/2005 | 11/16/2005 |
| BAY AREA | Tanisato | 093 | Good Samaritan Hos 384058 | | ID-0000720 | SLCR558 | Straight Linear Cutter Reload 55mm B | 1 MT-00306 | BOX | 1,620.00 | 1,620 | 11/16/2005 | 11/16/2005 |
| BAY AREA | Tanisato | 093 | Good Samaritan Hos 384058 | | ID-0000720 | RALC30V | Right Angle Linear Cutter 30mm Vasc | 1 LC-00271 | BOX | 2,565.00 | 2,565 | 11/16/2005 | 11/16/2005 |
| BAY AREA | Tanisato | 093 | Good Samaritan Hos 384223 | | ID-0000198 | RALC45 | Right Angle Linear Cutter 45mm 6 Fir | 1 LC-00382 | BOX | 1,958.00 | 1,958 | 11/15/2005 | 11/15/2005 |
| BAY AREA | Tanisato | 093 | Good Samaritan Hos-CA | | | | | 5 Tti Shipped | | $10,583.00 | | | |
| BAY AREA | Tanisato | 091 | Marin General Hos 432471 | | ID-0000351 | RALC45 | Straight Linear Cutter Reload 55mm 6 Fire | 1 LC-00286 | BOX | 1,958. | 1,958 | 1/4/2005 | 1/4/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 432471 | | ID-0000351 | SLCR558 | Straight Linear Cutter Reload 55mm B | 1 LC-00290 | BOX | 1,620. | 1,620 | 1/4/2005 | 1/4/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 432471 | | ID-0000351 | C529 | Circular Stapling Unit 29mm 6 Fire Box | 1 LC-00280 | BOX | 2,430. | 2,430 | 1/4/2005 | 1/4/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 432471 | | ID-0000603 | C529 | Circular Stapling Unit 29mm 6 Fir Box | 1 LC-00003 | BOX | 2,430. | 2,430 | 1/4/2005 | 1/4/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 438233 | | ID-0000633 | SLCR558 | Straight Linear Cutter Reload 55mm B | 2 MT-00256 | BOX | 3,240. | 3,240 | 1/21/2005 | 3/7/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 437948 | | ID-0000715 | SLCR558 | Straight Linear Cutter Reload 55mm B | 1 MT-00278 | BOX | 1,620. | 1,620 | 1/21/2005 | 1/21/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 437948 | | ID-0000194 | RALC45 | Right Angle Linear Cutter 45mm 6 Fir | 1 LC-00209 | BOX | 1,958. | 1,958 | 2/25/2005 | 2/25/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 438918 | | ID-0000657 | C529 | Power Circular Stapling Unit 29mm 6 Fi | 1 LC-00226 | BOX | 2,430. | 2,430 | 3/11/2005 | 3/11/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 438918 | | ID-0000675 | RALC45 | Right Angle Linear Cutter 45mm 6 Fir | 1 LC-00285 | BOX | 1,958. | 1,958 | 3/11/2005 | 3/11/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 439076 | | ID-0000682 | RESI30 | POWER EXTENDER STRAIGHT | 1 LC-00203 | EACH | 1,587. | 1,587 | 3/11/2005 | 3/11/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 439076 | | ID-0000519 | PLC75 | POWER LINEAR CUTTER 75MM 3 P | 1 MT-00010 | BOX | 4,050. | 4,050 | 3/14/2005 | 4/29/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 439076 | | ID-0000548 | PLCR758 | POWER LINEAR CUTTER RELOAD | 1 MT-00034 | BOX | 2,160. | 2,160 | 3/14/2005 | 5/17/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 441579 | | ID-0000563 | PLCR758 | POWER LINEAR CUTTER RELOAD | 1 MT-00016 | BOX | 2,160. | 2,160 | 4/21/2005 | 5/7/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 441579 | | ID-0000207 | SLCR558 | Straight Linear Cutter Reload 55mm B | 1 MT-00260 | BOX | 1,620. | 1,620 | 4/21/2005 | 4/21/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 442365 | | ID-0000627 | SLCR558 | Straight Linear Cutter Reload 55mm B | 2 MT-00256 | BOX | 1,588. | 1,588 | 4/21/2005 | 4/21/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 443366 | | ID-0000604 | SLC5559 | Straight Linear Cutter 55mm Green B | 1 MT-00013 | BOX | 1,620. | 1,620 | 5/13/2005 | 5/13/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 443366 | | ID-0000708 | SLC5558 | Straight Linear Cutter 55mm Blue 6 Fi | 1 MT-00209 | BOX | 2,010. | 2,010 | 5/13/2005 | 5/13/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 443420 | | ID-0000209 | SLC5050 | Straight Linear Cutter 55mm Blue 6 Fi | 1 MT-00325 | BOX | 2,010. | 2,010 | 5/23/2005 | 5/23/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 444430 | | ID-0000881 | SLCR558 | Straight Linear Cutter Reload 55mm B | 1 MT-00341 | BOX | 1,620. | 1,620 | 5/23/2005 | 8/5/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 444518 | | ID-0000840 | RALC45 | Right Angle Linear Cutter 45mm 6 Fir | 1 LC-00222 | BOX | 1,958. | 1,958 | 6/6/2005 | 6/6/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 443907 | | ID-0000692 | C529 | Power Circular Stapling Unit 29mm 6 Fi | 1 LC-00222 | BOX | 1,958. | 1,958 | 6/6/2005 | 6/6/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 446987 | | ID-0000827 | C529 | Power Circular Stapling Unit 29mm 6 Fi | 1 LC-00271 | BOX | 2,430. | 2,430 | 6/6/2005 | 6/27/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 446528 | | ID-0000869 | PLCR758 | POWER LINEAR CUTTER RELOAD | 2 MT-00019 | BOX | 2,160.00 | 4,320 | 6/30/2005 | 6/30/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 446528 | | ID-0000931 | RALC45 | Right Angle Linear Cutter 45mm 6 Fir | 1 LC-00329 | BOX | 1,958. | 1,958 | 7/12/2005 | 7/12/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 446528 | | ID-0000381 | RALC30 | Right Angle Linear Cutter 30mm 6 Fire | 1 LC-00358 | BOX | 1,958. | 1,958 | 7/12/2005 | 7/12/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 453266 | | ID-0000884 | SLC558 | Straight Linear Cutter 55mm Blue 6 Fi | 1 MT-00381 | box | 2,010. | 2,010 | 10/9/2005 | 10/9/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 453266 | | ID-0000917 | PLC75 | POWER LINEAR CUTTER 75MM 3 P | 1 MT-00367 | box | 4,050. | 4,050 | 10/17/2005 | 10/17/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 453246 | | ID-0000872 | RALC45 | Right Angle Linear Cutter 45mm 6 Fir | 1 LC-00362 | BOX | 1,958. | 1,958 | 11/15/2005 | 11/15/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 455020 | | ID-0000720 | C529 | Power Circular Stapling Unit 29mm 6 Fi | 1 LC-00346 | BOX | 1,958. | 1,958 | 11/20/2005 | 12/20/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 457114 | | ID-0000489 | C529 | Power Circular Stapling Unit 29mm 6 Fi | 1 LC-00337 | BOX | 2,430. | 2,430 | 12/21/2005 | 12/21/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 457322 | | ID-0001489 | RALC45 | Right Angle Linear Cutter 45mm 6 Fir | 1 LC-00289 | BOX | 1,958. | 1,958 | 12/21/2005 | 12/21/2005 |
| BAY AREA | Tanisato | 091 | Marin General Hos 457322 | | ID-0001199 | | | | | | | | |

PMI 000263

| Region | Rep | 091 | Account | Ref | Seq# | Doc ID | Code | Description | Qty / Part # | Unit | Price | Amount | Qty | Date | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAY AREA | Tanitado | 091 | Marin General Hosp 9001736 | | 7,637 | ID-0004367 | PLC55-1 | Power Linear Cutter, 55mm, 1-pack - I | 1 MT-000279 | EACH | 0.00 | 0.00 | 0 | 1/5/2005 | 1/5/2005 |
| BAY AREA | Tanitado | 091 | Marin General Hosp 9001783 | | 7,705 | ID-0004400 | PLC55-1 | Power Linear Cutter, 55mm, 1-pack - I | 1 MT-000245 | EACH | 0.00 | 0.00 | 0 | 1/12/2005 | 1/12/2005 |
| BAY AREA | Tanitado | 091 | Marin General Hosp 9001791 | | 7,894 | ID-0004495 | PLC55-1 | Power Linear Cutter, 55mm, 1-pack - I | 1 MT-000263 | EACH | 0.00 | 0.00 | 0 | 1/25/2005 | 1/25/2005 |
| BAY AREA | Tanitado | 091 | Marin General Hosp 9001841 | | 8,337 | ID-0004711 | PLC55-1 | Power Linear Cutter, 55mm, 1-pack - I | 1 PM-020260/REV.H | EACH | 0.00 | 0.00 | 0 | 2/25/2005 | 2/25/2005 |
| BAY AREA | Tanitado | 091 | Marin General Hosp 9001941 | | 8,051 | ID-0004629 | PLC55-1 | Power Linear Cutter, 55mm, 1-pack - I | 1 MT-000015 | EACH | 0.00 | 0.00 | 0 | 3/16/2005 | 3/16/2005 |
| BAY AREA | Tanitado | 091 | Marin General Hosp 9001974 | | 8,650 | ID-0004540 | PES100 | POWER EXTENDER STRAIGHT | 1 MT-000315 | each | 0.00 | 0.00 | 0 | 5/19/2005 | 5/19/2005 |
| BAY AREA | Tanitado | 091 | Marin General Hosp 9002104 | | 9,548 | ID-0004498 | PLC55-1 | Power Linear Cutter, 55mm, 1-pack - I | 1 C05C0303 | EACH | 0.00 | 0.00 | 0 | 5/24/2005 | 5/24/2005 |
| BAY AREA | Tanitado | 091 | Marin General Hosp 9002104/9001800/8/9,357 | | | ID-0003536 | PLC55-1 | Power Linear Cutter, 55mm, 1-pack - I | 2 MT-000265 | EACH | 0.00 | 0.00 | 0 | 5/6/2005 | 5/6/2005 |
| | | | **Marin General Hospital** | | | | | | 43 Til Shipped | | | $72,367.00 | | | |
| BAY AREA | Tanitado | | Myrick Tanitado | BIOSKILLS | 6,185 | IN-0000316 | PC1008 | Single Device Power Console w/MC/VI | 1 A20010SA00202 | EACH | 0.00 | 0.00 | 0 | 10/13/2005 | 10/13/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | BIOSKILLS | 6,185 | IN-0000318 | F52148 | FLEXIBLE SHAFT 11, BIOSKILLS Un | 1 B20003A00305 | each | 0.00 | 0.00 | 0 | 9/17/2004 | 9/17/2004 |
| BAY AREA | Tanitado | | Myrick Tanitado | IRP-01 | 10,717 | IN-0000287 | FS314L | Flexshaft III Service Exchange Unit 15 | 1 B20040RA00205 | EACH | 0.00 | 0.00 | 0 | 8/1/2005 | 8/1/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | REV K MC/1A S/#91/357 | | IS-0001591 | MC/1A | Program Memory Card | 2 PM-002080/REV.L | EACH | 0.00 | 0.00 | 0 | 6/16/2005 | 6/16/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | REV K MC/1A S/#91/363 | | IS-0001623 | MC/1A | Program Memory Card | 4 PM-020260/REV.L | EACH | 0.00 | 0.00 | 0 | 6/16/2005 | 6/16/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | REV K MC/1A S/#91/363 | | IS-0001593 | MC/1A | Program Memory Card | 4 PM-020260/REV.L | EACH | 0.00 | 0.00 | 0 | 6/16/2005 | 6/16/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | REV K MC/1A S/# 9,195 | | IS-0001500 | MC/1A | Program Memory Card | 5 PM-020260/REV.K | EACH | 0.00 | 0.00 | 0 | 4/27/2005 | 4/27/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | REV K MC/1A S/# 9,195 | | IS-0001553 | MC/1A | Program Memory Card | 4 PM-110509REV.M | EACH | 0.00 | 0.00 | 0 | 4/27/2005 | 4/27/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | REV M MEM OH 12,294 | | IS-0001581 | MC/1A | Misc | 4 PM-110509REV.M | EACH | 0.00 | 0.00 | 0 | 4/29/2005 | 4/29/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | REV M MEM CRD 12,336 | | IS-0001947 | MC/1A | Program Memory Card | 2 PM-110507REV.M | EACH | 0.00 | 0.00 | 0 | 10/18/2005 | 10/18/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | REV M MEM CRD 12,336 | | IS-0001947 | MC/1A | Program Memory Card | 4 PM-110507REV.M | EACH | 0.00 | 0.00 | 0 | 11/22/2005 | 11/22/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | REV M MEM CRD 12,336 | | IS-0001947 | MC/1A | Program Memory Card | 4 PM-110507REV.M | EACH | 0.00 | 0.00 | 0 | 10/18/2005 | 10/18/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 12,657 | IS-0000201 | MISC:NON-INVEN | Marketing Material | 1 | EACH | 0.00 | 0.00 | 0 | 11/19/2005 | 11/19/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES ACCESS. 12,673 | 7,714 | IS-0000918 | MISC:NON-INVEN | Marketing Materials | 75 | EACH | 0.00 | 0.00 | 0 | 12/20/2003 | 12/20/2003 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 7,769 | IS-0001052 | MISC:NON-INVEN | Marketing Materials | 4 | each | 0.00 | 0.00 | 0 | 1/20/2005 | 1/20/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 8,120 | IS-0001236 | MISC:NON-INVEN | Bio-Hazard Kits | 4 | EACH | 0.00 | 0.00 | 0 | 1/18/2005 | 1/18/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 8,294 | IS-0001373 | MISC:NON-INVEN | Demonstration CD's | 1 | EACH | 0.00 | 0.00 | 0 | 2/11/2005 | 2/11/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 8,601 | IS-0001147 | MISC:NON-INVEN | MC/1A Demo Card-Steve Cal | 2 | EACH | 0.00 | 0.00 | 0 | 2/23/2005 | 2/23/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 8,473 | IS-0001511 | MISC:NON-INVEN | Letterhead and Envelopes | 1 | EACH | 0.00 | 0.00 | 0 | 3/1/2005 | 3/1/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 8,581 | IS-0001511 | MISC:NON-INVEN | Letterhead and Envelopes | 1 | sach | 0.00 | 0.00 | 0 | 3/4/2005 | 3/4/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 9,131 | IS-0000804 | MISC:NON-INVEN | Marketing Material | 1 | EACH | 0.00 | 0.00 | 0 | 4/13/2005 | 4/13/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 9,239 | IS-0000954 | MISC:NON-INVEN | PC121 Brochures(50) | 1 | EACH | 0.00 | 0.00 | 0 | 4/14/2005 | 4/14/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 10,100 | IS-0001700 | MISC:NON-INVEN | Lg Letterhead(50) | 1 | EACH | 0.00 | 0.00 | 0 | 4/29/2005 | 4/29/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 10,100 | IS-0001710 | MISC:NON-INVEN | Marketing Materials(5-Mugs, 20 Pens) | 2 | EACH | 0.00 | 0.00 | 0 | 4/29/2005 | 4/29/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 10,332 | IS-0001733 | MISC:NON-INVEN | Marketing Material - 3 Cards | 3 | EACH | 0.00 | 0.00 | 0 | 6/22/2005 | 6/22/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 10,541 | IS-0001789 | MISC:NON-INVEN | Bio-Hazard kits (4) | 2 | EACH | 0.00 | 0.00 | 0 | 7/12/2005 | 7/12/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 10,629 | IS-0001818 | MISC:NON-INVEN | Sales Demo Case# 535 | 2 | EACH | 0.00 | 0.00 | 0 | 7/21/2005 | 7/21/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 10,917 | IS-0001841 | MISC:NON-INVEN | Biohazard Kits (2 Package) | 2 | EACH | 0.00 | 0.00 | 0 | 7/29/2005 | 7/29/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 11,098 | IS-0001841 | MISC:NON-INVEN | Biohazard Kits (10) (2 complete sets) | 1 PM-000292REV.L | EACH | 0.00 | 0.00 | 0 | 8/12/2005 | 8/12/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 11,360 | IS-0001871 | FS14L | Flex Shaft Service Exchange Unit, 14 | 1 B20010A04081 | EACH | 0.00 | 0.00 | 0 | 8/24/2005 | 8/24/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 11,506 | IS-0001690 | | | | EACH | 0.00 | 0.00 | 0 | 9/6/2005 | 9/6/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO | 11,578 | | | | | EACH | 0.00 | 0.00 | 0 | 9/23/2005 | 9/23/2005 |
| BAY AREA | Tanitado | | Myrick Tanitado | SALES DEMO 673 | 9,905 | | | | 131 Til Shipped | EACH | 0.00 | 0.00 | 0 | 9/27/2005 | 9/27/2005 |
| | | | **Myrick Tanitado** | | | | | | | | | $0.00 | | | |
| BAY AREA | Tanitado | 091 | Novato Community 443577 | | 9,541 | ID-0005674 | SLO55B | Straight Linear Cutter Reload 55mm B | 1 MT-000309 | BOX | 1,620.00 | 1,620.00 | 1,620 | 5/24/2005 | 5/24/2005 |
| BAY AREA | Tanitado | 091 | Novato Community 443577 | | 9,541 | ID-0005674 | SLO55C | Straight Linear Cutter Reload 55mm C | 1 MT-000326 | BOX | 1,620.00 | 1,620.00 | 1,620 | 5/24/2005 | 5/24/2005 |
| BAY AREA | Tanitado | 091 | Novato Community 443577 | | 9,541 | ID-0005674 | RCP | Rigid Curved Positioner | 1 MT-000501 | EACH | 360.00 | 360.00 | 390 | 5/24/2005 | 5/24/2005 |
| BAY AREA | Tanitado | 091 | Novato Community 445417 | | 10,195 | ID-0005925 | SLO55G | Straight Linear Cutter 55mm Blue 6 Pk | 1 MT-000325 | BOX | 2,010.00 | 2,010.00 | 2,010 | 6/27/2005 | 6/27/2005 |
| BAY AREA | Tanitado | 091 | Novato Community 445417 | | 10,017 | ID-0005826 | RALC30 | Right Angle Linear Cutter 30mm 6 Pk | 1 LC-000319 | BOX | 1,958.00 | 1,958.00 | 1,958 | 6/27/2005 | 6/27/2005 |
| BAY AREA | Tanitado | 091 | Novato Community 445417 | | 10,017 | ID-0005826 | RAL30V | Right Angle Linear Cutter 30mm Vasc | 1 LC-000332 | BOX | 2,556.00 | 2,556.00 | 2,556 | 6/27/2005 | 6/27/2005 |
| BAY AREA | Tanitado | 091 | Novato Community 451769 | | 11,557 | ID-0005887 | RALC45 | Right Angle Linear Cutter 45mm 6 Pk | 1 LC-000324 | BOX | 1,958.00 | 1,958.00 | 1,958 | 7/26/2005 | 7/26/2005 |
| BAY AREA | Tanitado | 091 | Novato Community 452300 | | 11,778 | ID-0005890 | SLO55G | Straight Linear Cutter 55mm Blue 6 Pk | 1 LC-000348 | BOX | 2,010.00 | 2,010.00 | 2,010 | 9/20/2005 | 9/20/2005 |
| BAY AREA | Tanitado | 091 | **Novato Community Hospital** | | | | | | 1 MT-000361 | BOX | | $18,046.00 | | 10/7/2005 | 10/7/2005 |
| | | | | | | | | | 9 Til Shipped | | | | | | |

| Region | Rep | Acct | Customer | ID | Qty | Code | Description | Item | UOM | Amount | Units | Date 1 | Date 2 | Date 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAY AREA | Tanlado | 091 | Petaluma Valley H 644468690 | ID-0008540 | 11,302 | RALC30 | Right Angle Linear Cutter 30mm 6 Pie | 1 LC-00319 | BOX | 1,958.00 | 1,958 | 9/7/2005 | 9/7/2005 | 9/7/2005 |
| BAY AREA | Tanlado | 091 | Petaluma Valley H 644468690 | ID-0008502 | 11,529 | SLCR55B | Straight Linear Cutter 55mm Blue 8 Pi | 1 MT-00392 | BOX | 1,620.00 | 1,620 | 9/9/2005 | 9/9/2005 | 9/9/2005 |
| BAY AREA | Tanlado | 091 | Petaluma Valley H 644468690 | ID-0008574 | 11,629 | SLCR55B | Straight Linear Cutter 55mm Blue 8 Pi | 1 LC-00059 | BOX | 2,010.00 | 2,010 | 9/29/2005 | 9/29/2005 | 9/29/2005 |
| BAY AREA | Tanlado | 091 | Petaluma Valley H 644468690 | ID-0008781 | 11,302 | RALC30V | Right Angle Linear Cutter 30mm Vasc | 1 LC-00039 | BOX | 2,565.00 | 2,565 | 9/7/2005 | 9/7/2005 | 9/7/2005 |
| BAY AREA | Tanlado | 091 | Petaluma Valley H 644450625 | ID-0008767 | 12,207 | PES100 | POWER EXTENDER STRAIGHT | 1 C05HV423 | EACH | 1,887.00 | 1,887 | 11/10/2005 | 11/10/2005 | 11/10/2005 |
| BAY AREA | Tanlado | 091 | Petaluma Valley Hospital | ID-0008543 | 11,307 | SLCR55G | Straight Linear Cutter Reload 55mm C | 1 MT-00000 | BOX | 1,920.00 | 1,920 | 9/7/2005 | 9/7/2005 | 9/7/2005 |
| | | | | | | | | $ Ttl Shipped | | $11,460.00 | | | | |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 5265CC | ID-0008540 | 9,641 | RALC45 | Right Angle Linear Cutter 45mm 6 Pie | 1 LC-00322 | BOX | 1,958.00 | 1,958 | 5/26/2005 | 5/26/2005 | 5/26/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 600313414 | ID-0008493 | 7,360 | CS25 | Circular Stapling Unit 25mm 6 Per Bo | 2 LC-00303 | BOX | 2,430.00 | 4,860 | 3/7/2005 | 3/7/2005 | 3/7/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 00032977 | ID-0008464 | 7,710 | CS25 | Circular Stapling Unit 25mm 6 Per Bo | 1 LC-00302 | BOX | 2,430.00 | 2,430 | 3/11/2005 | 10/13/2004 | 10/13/2004 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 600241154 | ID-0008532 | 7,949 | CS29 | Circular Stapling Unit 29mm 6 I | 1 LC-00281 | BOX | 2,430.00 | 2,430 | 10/13/2005 | 10/13/2005 | 3/11/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 00032970 | ID-0008492 | 8,686 | RALC45 | Right Angle Linear Cutter 45mm 6 Pie | 1 LC-00281 | BOX | 1,958.00 | 1,958 | 3/22/2005 | 3/22/2005 | 3/22/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 600073432 | ID-0008594 | 8,320 | RCP30 | Right Current Positioner | 1 PM-00501 | EACH | 350.00 | 350 | 3/30/2005 | 3/30/2005 | 3/30/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 600385207 | ID-0008184 | 9,031 | RALC45 | Right Angle Linear Cutter 45mm 6 Pie | 1 LC-00307 | BOX | 1,958.00 | 1,958 | 4/19/2005 | 4/19/2005 | 4/19/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 600409484 | ID-0008551 | 9,667 | CS29 | Power Circular Stapling Unit 29mm 6 I | 1 LC-00271 | BOX | 2,430.00 | 2,430 | 5/25/2005 | 5/25/2005 | 5/25/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 600409692 | ID-0008557 | 9,667 | RALC45 | Right Angle Linear Cutter 45mm 6 Pie | 1 LC-00322 | BOX | 1,958.00 | 1,958 | 5/27/2005 | 5/27/2005 | 5/27/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 600509082 | ID-0008118 | 12,088 | RALC30 | Right Angle Linear Cutter 30mm 6 Pie | 1 LC-00347 | BOX | 1,958.00 | 1,958 | 10/28/2005 | 10/28/2005 | 10/26/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 600509082 | ID-0008108 | 12,088 | CS29 | Power Circular Stapling Unit 29mm 6 I | 1 LC-00325 | BOX | 2,430.00 | 2,430 | 10/26/2005 | 10/26/2005 | 10/26/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 600501628 | ID-0007129 | 12,134 | CS29 | Power Circular Stapling Unit 29mm 6 I | 1 LC-00325 | BOX | 2,430.00 | 2,430 | 11/1/2005 | 11/1/2005 | 11/1/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 600519461 | ID-0007287 | 12,442 | CS29 | Power Circular Stapling Unit 29mm 6 I | 1 LC-00328 | BOX | 2,430.00 | 2,430 | 11/29/2005 | 11/29/2005 | 11/29/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memo 600327813 | ID-0007402 | 12,650 | RALC45 | Right Angle Linear Cutter 45mm 6 Pie | 1 LC-00368 | BOX | 1,958.00 | 1,958 | 12/15/2005 | 12/15/2005 | 12/15/2005 |
| BAY AREA | Tanlado | 091 | Santa Rosa Memorial | | | | | 15 Ttl Shipped | | $31,538.00 | | | | |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 532914 | ID-0005000 | 8,699 | RALC30V | Right Angle Linear Cutter 30mm Vasc | 1 LC-00284 | BOX | 2,565.00 | 2,565 | 3/22/2005 | 3/22/2005 | 3/22/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 532914 | ID-0005036 | 8,699 | SLCR55B | Straight Linear Cutter 55mm Blue 8 Pi | 1 LC-00307 | BOX | 1,620.00 | 1,620 | 4/15/2005 | 4/15/2005 | 4/15/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 534899 | ID-0005191 | 9,019 | RALC45 | Right Angle Linear Cutter 45mm 6 Pie | 1 MT-00307 | BOX | 1,958.00 | 1,958 | 4/19/2005 | 4/19/2005 | 4/19/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 539072 | ID-0005192 | 9,039 | SLCR55G | Straight Linear Cutter Reload 55mm C | 1 MT-00392 | BOX | 1,200.00 | 1,620 | 8/1/2005 | 8/1/2005 | 8/1/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 541460 | ID-0005460 | 10,712 | SLCR55B | Straight Linear Cutter Reload 55mm C | 1 LC-00319 | BOX | 1,620.00 | 1,620 | 8/10/2005 | 8/10/2005 | 8/10/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 541460 | ID-0005100 | 10,712 | RALC30 | Right Angle Linear Cutter 30mm 6 Pie | 1 LC-00024 | BOX | 1,958.00 | 1,958 | 6/20/2005 | 6/20/2005 | 6/20/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 541943 | ID-0005181 | 10,745 | CS21 | Circular Stapling Unit 21mm 6 Per Bo | 1 LC-00317 | BOX | 2,565.00 | 2,565 | 8/3/2005 | 8/3/2005 | 8/3/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 542205 | ID-0005206 | 10,903 | SLCR55B | Straight Linear Cutter 55mm Blue 8 Pi | 1 MT-00345 | BOX | 2,430.00 | 2,430 | 8/19/2005 | 8/19/2005 | 8/19/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 542206 | ID-0008058 | 10,303 | SLC55B | Straight Linear Cutter 55mm Green 8 I | 1 MT-00349 | BOX | 2,010.00 | 2,010 | 8/12/2005 | 8/12/2005 | 8/12/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 543164 | ID-0005623 | 11,156 | SLC55B | Straight Linear Cutter 55mm Green 8 I | 1 MT-00251 | BOX | 2,010.00 | 2,010 | 8/12/2005 | 8/12/2005 | 8/12/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 549555 | ID-0007690 | 12,006 | RALC30 | Right Angle Linear Cutter 30mm 6 Pie | 1 MT-00347 | BOX | 2,010.00 | 2,010 | 9/10/2005 | 9/10/2005 | 9/10/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 549235 | ID-0007276 | 12,600 | RALC30V | Right Angle Linear Cutter 30mm Vasc | 1 LC-00067 | BOX | 2,565.00 | 2,565 | 10/28/2005 | 10/28/2005 | 10/28/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa 0002450 | ID-0005114 | 8,343 | PLC55-1 | Power Linear Cutter, 55mm, 1-pack - I | 1 MT-00003 | EACH | 0.00 | 0 | 11/22/2005 | 11/22/2005 | 11/22/2005 |
| BAY AREA | Tanlado | 091 | Sutter MC of Santa Rosa | ID-0005314 | 11,099 | MCYA | Program Memory Card | 1 PM-0650REVL | EACH | 0.00 | 0 | 4/6/2005 | 4/6/2005 | 4/6/2005 |
| BAY AREA | Tanlado | 091 | | | | | | 15 Ttl Shipped | | $35,888.00 | | | | |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 8002252 | IH-0000063 | 10,597 | RCW100 | Remote Control Unit With Wire | 1 ZV-103404 | EACH | 0.00 | 0 | 7/2/2005 | 7/2/2005 | 7/2/2005 |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 8002353 | ID-0008284 | 10,832 | PES100 | POWER EXTENDER STRAIGHT | 1 C05F0353 | EACH | 0.00 | 0 | 6/12/2005 | 6/12/2005 | 6/12/2005 |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 8002414 | ID-0000278 | 10,587 | MCYA | Program Memory Card | 1 PM-0650REVL | EACH | 0.00 | 0 | 8/9/2005 | 8/9/2005 | 8/9/2005 |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 8002414 | ID-0000314 | 11,286 | F214 | Plasband 15.5mm | 1 B200604JX3505 | EACH | 0.00 | 0 | 8/9/2005 | 8/9/2005 | 8/9/2005 |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 8002690 | ID-0000398 | 11,401 | MCYA | Program Memory Card | 1 PM-0650REVL | EACH | 0.00 | 0 | 9/6/2005 | 9/6/2005 | 9/6/2005 |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 8002690 | ID-0000675 | 11,700 | PES100 | POWER EXTENDER STRAIGHT | 1 C05F0403 | EACH | 0.00 | 0 | 9/1/2005 | 9/1/2005 | 9/1/2005 |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 8002675 | ID-0005583 | 10,235 | RALC30 | Right Angle Linear Cutter 30mm Vasc | 1 LC-00319 | BOX | 1,958.00 | 1,958 | 10/14/2005 | 10/14/2005 | 10/14/2005 |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 82913 | ID-0005583 | 10,235 | RALC30V | Right Angle Linear Cutter 30mm Vasc | 1 LC-00314 | BOX | 2,565.00 | 2,565 | 6/29/2005 | 6/29/2005 | 6/29/2005 |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 82913 | ID-0005583 | 10,235 | SLCR55G | Straight Linear Cutter Reload 55mm C | 1 MT-00282 | BOX | 1,620.00 | 1,620 | 6/29/2005 | 6/29/2005 | 6/29/2005 |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 82913 | ID-0005583 | 10,235 | SLCR550 | Straight Linear Cutter Reload 55mm C | 1 MT-00208 | BOX | 1,620.00 | 1,620 | 6/29/2005 | 6/29/2005 | 6/29/2005 |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 82913 | ID-0005583 | 10,235 | PLCR78B | POWER LINEAR CUTTER RELOAD | 2 MT-00208 | BOX | 1,620.00 | 4,320 | 6/29/2005 | 6/29/2005 | 6/29/2005 |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 82913 | ID-0005583 | 10,235 | PES100 | POWER EXTENDER STRAIGHT | 1 C050V783 | EACH | 1,887.00 | 1,887 | 6/29/2005 | 6/29/2005 | 6/29/2005 |
| BAY AREA | Tanlado | 094 | UCSF Medical Cel 82913 | ID-0005943 | 10,235 | SLC55B | Straight Linear Cutter 55mm Blue 8 Pi | 1 MT-00331 | BOX | 2,010.00 | 2,010 | 7/12/2005 | 6/29/2005 | 6/29/2005 |

PMI 000265

| Region | Vendor | | Customer | No. | ID | Code | Description | Part No. | Qty | UOM | Amount | | Qty | Date | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAY AREA | Tanibata | | UCSF Medical Cen 925413 | 10,235 | ID-0005990 | PLC75 | POWER LINEAR CUTTER 75MM 3.5 1 F | 1 MT-000335 | 1 | BOX | 4,650.00 | 0.00 | 4,050 | 6/29/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 925413 | 10,235 | ID-0006225 | SLC55G | Straight Linear Cutter 55mm Green 6 f | 1 MT-000341 | 1 | BOX | 2,010.00 | 0.00 | 2,010 | 6/29/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930501 | 10,281 | ID-0005901 | SLCR55G | Straight Linear Cutter Reload 55mm G | 1 MT-000292 | 1 | BOX | 1,520.00 | 0.00 | 1,520 | 7/1/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930501 | 10,281 | ID-0005688 | SLCR55G | Straight Linear Cutter Reload 55mm G | 1 MT-000282 | 1 | BOX | 1,620.00 | 0.00 | 1,620 | 7/1/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930501 | 10,281 | ID-0005888 | PLCR75B | POWER LINEAR CUTTER RELOAD | 1 MT-000316 | 1 | BOX | 2,160.00 | 0.00 | 2,160 | 7/1/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930501 | 10,281 | ID-0005801 | RALC45 | Right Angle Linear Cutter 45mm 6 Pie | 1 LC-000033 | 1 | BOX | 1,950.00 | 0.00 | 1,950 | 7/1/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930501 | 10,281 | ID-0005688 | CS25 | Circular Stapling Unit 25mm 6 Pie Bo | 1 LC-000328 | 1 | BOX | 2,430.00 | 0.00 | 2,430 | 7/1/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930501 | 10,281 | ID-0005888 | CS29 | Power Circular Stapling Unit 25mm 6 f | 1 LC-000241 | 1 | EACH | 2,430.00 | 0.00 | 2,430 | 7/1/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930501 | 10,281 | ID-0005888 | PES100 | POWER EXTENDER STRAIGHT | 1 C0520792 | 1 | EACH | 1,687.00 | 0.00 | 1,687 | 7/1/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930501 | 10,281 | ID-0005888 | | Right Curved Positioner | 1 PM-050501 | 1 | EACH | 350.00 | 0.00 | 350 | 7/1/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930501 | 10,281 | ID-0005901 | PLCR75B | POWER LINEAR CUTTER RELOAD | 1 MT-000322 | 1 | BOX | 2,160.00 | 0.00 | 2,160 | 7/1/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930501 | 10,281 | ID-0005901 | SLC55B | Straight Linear Cutter 55mm Blue 6 Pi | 1 LC-000331 | 1 | BOX | 2,010.00 | 0.00 | 2,010 | 7/1/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930501 | 10,281 | ID-0005666 | CS33 | Circular Stapling Unit 33mm 6 Pie Bo | 1 LC-000340 | 1 | BOX | 2,430.00 | 0.00 | 2,430 | 7/1/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930501 | 10,281 | ID-0009425 | SLC55G | Straight Linear Cutter 55mm Green 6 f | 1 MT-000349 | 1 | BOX | 2,010.00 | 0.00 | 2,010 | 7/1/2005 | 7/11/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930587 | 10,507 | ID-0007007 | PLC75 | POWER LINEAR CUTTER 75MM 3 P | 1 MT-000367 | 1 | BOX | 4,050.00 | 0.00 | 4,050 | 7/15/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930587 | 10,506 | IX-000020 | | MISC NON-INVEN MCYLA Memory Card Rev L Lot# | 1 | | 0.00 | 0.00 | 0 | 7/15/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930587 | 10,506 | IX-000020 | | MISC NON-INVEN MCYLA Lot# 2V-010207 | 1 | | 0.00 | 0.00 | 0 | 7/15/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930587 | 10,507 | IX-000030 | | MISC NON-INVEN MCYLA Memory Card Rev L Lot#2V-010201 | 1 | | 0.00 | 0.00 | 0 | 7/15/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930587 | 10,507 | IX-000030 | | MISC NON-INVEN MCYLA Lot#2V-010201 | 1 | | 0.00 | 0.00 | 0 | 7/15/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 935985 | 10,673 | ID-0006310 | SLCR55B | Straight Linear Cutter Reload 55mm B | 2 MT-000302 | 1 | BOX | 1,520.00 | 0.00 | 3,240 | 7/28/2005 | 7/28/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 935985 | 10,673 | ID-0006310 | RALC30 | Right Angle Linear Cutter 30mm 6 Pie | 1 LC-000319 | 1 | BOX | 1,958.00 | 0.00 | 1,958 | 7/28/2005 | 7/28/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 935985 | 10,673 | ID-0006310 | RALC30V | Right Angle Linear Cutter 30mm Vac | 1 LC-000324 | 1 | BOX | 2,505.00 | 0.00 | 2,505 | 7/28/2005 | 7/28/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 935985 | 10,673 | ID-0006310 | SLC55B | Straight Linear Cutter 55mm Blue 6 Pi | 1 MT-000337 | 1 | BOX | 2,430.00 | 0.00 | 2,430 | 7/28/2005 | 7/28/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 951066 | 11,190 | ID-0000431 | SLCR55B | Straight Linear Cutter Reload 55mm B | 1 MT-000382 | 1 | BOX | 1,620.00 | 0.00 | 1,620 | 8/30/2005 | 8/30/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 951066 | 11,637 | ID-0000731 | SLC55B | Straight Linear Cutter 55mm Blue 6 Pi | 1 MT-000357 | 1 | BOX | 2,010.00 | 0.00 | 2,010 | 9/29/2005 | 9/29/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 950742 | 11,552 | ID-0000688 | RALC45 | Right Angle Linear Cutter 45mm 6 Pie | 1 LC-000348 | 1 | BOX | 1,958.00 | 0.00 | 1,958 | 9/20/2005 | 9/20/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 950742 | 11,552 | ID-0000807 | RALC45 | Right Angle Linear Cutter 45mm 6 Pie | 1 LC-000347 | 1 | BOX | 1,958.00 | 0.00 | 1,958 | 9/20/2005 | 9/20/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 964931 | 11,802 | ID-0000865 | CS29 | Power Circular Stapling Unit 29mm 6 f | 2 LC-000348 | 1 | BOX | 2,430.00 | 0.00 | 3,916 | 10/7/2005 | 10/7/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 964931 | 11,802 | ID-0000865 | CS29 | Power Circular Stapling Unit 29mm 6 f | 1 LC-000339 | 1 | BOX | 2,430.00 | 0.00 | 2,430 | 10/7/2005 | 10/7/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 950763 | 11,802 | ID-0000874 | RALC30V | Right Angle Linear Cutter 30mm Vac | 1 LC-000347 | 1 | BOX | 2,965.00 | 0.00 | 2,965 | 10/10/2005 | 10/14/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 957503 | 11,802 | ID-0000873 | RALC30 | Right Angle Linear Cutter 30mm 6 Pie | 1 LC-000317 | 1 | BOX | 1,958.00 | 0.00 | 1,958 | 10/10/2005 | 10/14/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 957142 | 12,022 | ID-0000758 | CS33 | Circular Stapling Unit 33mm 6 Pie Bo | 1 LC-000317 | 1 | BOX | 2,430.00 | 0.00 | 2,430 | 10/20/2005 | 10/25/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 957142 | 12,022 | ID-0000758 | CS25 | Circular Stapling Unit 25mm 6 Pie Bo | 2 MT-000311 | 1 | BOX | 2,010.00 | 0.00 | 4,000 | 10/25/2005 | 10/25/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 991905 | 12,706 | ID-0007216 | SLC55B | Straight Linear Cutter 55mm Blue 6 Pi | 1 MT-000325 | 1 | BOX | 2,010.00 | 0.00 | 2,010 | 11/18/2005 | 11/18/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 991905 | 12,706 | ID-0007486 | SLCR55B | Straight Linear Cutter Reload 55mm B | 1 MT-000324 | 1 | BOX | 1,620.00 | 0.00 | 1,620 | 12/21/2005 | 12/21/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 991905 | 12,706 | ID-0007308 | | Flarshaft B 15mm | 1 MT-000360 | 1 | BOX | 1,958.00 | 0.00 | 1,958 | 12/21/2005 | 12/21/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen 930325 | 12,737 | ID-0007336 | FS24 | Flarshaft B | 1 82060504/32076 | 1 | EACH | 16,000.00 | 0.00 | 16,000 | 12/22/2005 | 12/22/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935991 | 14,485 | IX-0000029A | MISC NON-INVEN MRH | MISC NON-INVEN MRH-L Manual Release, Lot# 2V-100 | | | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935991 | 14,485 | IX-0000029A | PC100 | Power Console | 1 A20041140/9202 | 1 | EACH | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935991 | 14,485 | IX-0000029A | OMA | Operator Manual (English) | 1 ZV-050401 | 1 | EACH | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935991 | 14,485 | IX-0000029A | PWCD | Power Cord for Power Console | 1 ZV-050401 | 1 | EACH | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935991 | 14,485 | IX-0000029A | FS24 | Flarshaft B | 1 82060504/32076 | 1 | EACH | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935991 | 14,485 | IX-0000029A | RCW100 | Remote Control Unit With Wire | 1 ZV-120404 | 1 | EACH | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935991 | 14,485 | IX-0000029A | CART | SurgASSIST System Storage Cart | 1 ZV-120101 | 1 | EACH | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935987 | 14,486 | IX-0000030A | MISC NON-INVEN MRH | MISC NON-INVEN MRH-L Manual Release, Lot# PM-050501 | | | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935987 | 14,486 | IX-0000030A | PC100 | Power Console | 1 A20041140/0212 | 1 | EACH | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935987 | 14,486 | IX-0000030A | OMA | Operator Manual (English) | 1 ZV-090601 | 1 | EACH | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935987 | 14,486 | IX-0000030A | PWCD | Power Cord for Power Console | 1 2V-090601 | 1 | EACH | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935987 | 14,486 | IX-0000030A | RCW100 | Remote Control Unit With Wire | 1 2V-120404 | 1 | EACH | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Cen CT 935987 | 14,486 | IX-0000030A | CART | SurgASSIST System Storage Cart | 1 | 1 | EACH | 0.00 | 0.00 | 0 | 7/19/2005 | 7/19/2005 |
| BAY AREA | Tanibata | | UCSF Medical Center | | | | | 71 78 Shipped | | | $167,411.00 | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BAY AREA | Tantlado | 091 | VA MC - San Fran 662/NCS232 | 9,399 | ID-0005373 | CS21 | Circular Stapling Unit 21mm 6 Per Bo | 1 LC-000311 | BOX | 0.00 | 0 | 5/10/2005 3/00/2005 |
| BAY AREA | Tantlado | 091 | VA MC - San Fran HP PO#662-NCS,8,600 | | ID-0005040 | SLCR550 | Straight Linear Cutter Reload 55mm B | 1 MT-000282 | BOX | 0.00 | 0 | 3/00/2005 |
| BAY AREA | Tantlado | 091 | VA MC - San Fran HP PO#662-NCS,8,899 | | ID-0005040 | SLCR550 | Straight Linear Cutter Reload 55mm C | 1 MT-000288 | BOX | 0.00 | 0 | 3/00/2005 |
| BAY AREA | Tantlado | 091 | VA MC - San Fran HP PO#662-NCS,8,899 | | ID-0005040 | RAUC45 | Right Angle Linear Cutter 45mm 6 Pa | 1 LC-000307 | BOX | 0.00 | 0 | 3/00/2005 |
| | | | VA MC - San Francisco | | | | | 4 Ttl Shipped | | $0.00 | | |

Tantlado

392 Ttl Shipped

$283,367.00

PMI 000267

# EXHIBIT B

- Confidential -

Power Medical Interventions, Inc.
Orders Shipped by Sales Rep (with fillings) - All Regions

Start Date: 1/1/2006   End Date: 12/31/2006

For Sales Rep (ALL = ALL):
ALL

| Region | Salesperson | Cnstt | Customer Name | Customer PO# | Master# | Order # | Item # | Description | Qty Ship Serial / Lot # | U/O/M | Unit Price | Ext Price | Shipped | Actual Ship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAY AREA | Tanlledo | 091 | California Pacific & 371710 / California Pacific Medical Center | | 14,260 | ID-0009301 | SLC5368 | Straight Linear Cutter 55mm Blue Digi | 1 MT-000407(24) / 1 Til Shipped | BOX | 2,010.00 / $2,010.00 | 2,010 | 5/17/2006 | 5/19/2006 |
| BAY AREA | Tanlledo | 093 | Dominican Hospital 293007 | | 13,511 | ID-0009796 | RALC45 | Right Angle Linear Cutter 45mm Digita | 1 LC-000385 | BOX | 2,175.00 | 2,175 | 3/15/2006 | 3/16/2006 |
| BAY AREA | Tanlledo | 093 | Dominican Hospital 293007 | | 13,510 | ID-0009809 | RALC30V | Right Angle Linear Cutter 30mm Vasc | 1 LC-000338 | BOX | 2,850.00 | 2,850 | 3/15/2006 | 3/17/2006 |
| BAY AREA | Tanlledo | 093 | Dominican Hosp 2902637 / Dominican Hospital | | 12,191 | IH-0000150 | FS214R | FlexShaft II Refurbished | 3 Til Shipped | EACH | 0 | 0 | 11/30/2005 | 4/7/2006 |
| BAY AREA | Tanlledo | 093 | Good Samaritan H 395313 / Good Samaritan Hosp-CA | | 14,197 | ID-0009269 | RALC30V | Right Angle Linear Cutter 30mm Vasc | 1 LC-000391 / 1 Til Shipped | BOX | 2,565.00 / $2,565.00 | 2,565 | 5/11/2006 | 5/11/2006 |
| BAY AREA | Tanlledo | 091 | Marin General Hos 455925 / Marin General Hospital | | 12,811 | ID-0007028 | SLC5368 | Straight Linear Cutter 55mm Blue 5 PA | 1 MT-000375 / 1 Til Shipped | BOX | 2,010.00 / $2,010.00 | 2,010 | 1/16/2006 | 1/16/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | 0000891 | 13,115 | IS-0002049 | MISC NON INVEN | RCP Lost PM-10040/(RIM-A9000?2248 | 1 | EACH | 0.00 | 0 | 2/6/2006 | 2/6/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | MCYIA REV H | 14,429 | IS-0002208 | MISC?TEMS | MCYIA REV H DEMO #29 | 1 | EACH | 0.00 | 0 | 5/25/2006 | 5/25/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | MCYIA REV N | 14,429 | IS-0002208 | MCYIA | Program Memory Card | 1 PM-050028REV H | EACH | 0.00 | 0 | 5/25/2006 | 5/25/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | MCYIA REV N | 14,429 | IS-0002208 | MCYIA | Program Memory Card | 4 PM-050028REV H | EACH | 0.00 | 0 | 5/25/2006 | 5/25/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | MCYIA REV N | 14,429 | IS-0002208 | MCYIA | Program Memory Card | 4 PM-050028REV H | EACH | 0.00 | 0 | 5/25/2006 | 5/25/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | MCYIA REV N | 14,429 | IS-0002208 | MCYIA | Program Memory Card | 1 PM-050028REV H | EACH | 0.00 | 0 | 5/25/2006 | 5/25/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | POS29 DEMO | 14,771 | IS-0002208 | MISC?TEMS | POS29 Sample Demo | 1 | EACH | 0.00 | 0 | 6/26/2006 | 6/26/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | SALES DEMO | 12,814 | IS-0002223 | MISC NON INVEN | Marketing Materials/Concy Pres,hold | 1 | EACH | 0.00 | 0 | 1/6/2006 | 1/6/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | SALES DEMO | 12,868 | IS-0002017 | MISC NON INVEN | Sales Demo Brochure/Disc. Materials | 1 | EACH | 0.00 | 0 | 1/12/2006 | 1/12/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | SALES DEMO | 13,122 | IS-0002041 | RCPOR | Rigid Convel Positioner O-Ring, 5/Bag | 1 PM-080507 | BAG | 0.00 | 0 | 2/1/2006 | 2/1/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | SALES DEMO | 13,234 | IS-0002054 | MISC NON INVEN | PCS21 | | EACH | 0.00 | 0 | 2/16/2006 | 2/16/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | SALES DEMO | 13,345 | IS-0002089 | MISC NON INVEN | PCS21 NON INVEN ONLY | | EACH | 0.00 | 0 | 2/16/2006 | 2/16/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | SALES DEMO | 13,286 | IS-0002089 | MISC NON INVEN | Sales Demo Folders | | EACH | 0.00 | 0 | 2/17/2006 | 2/17/2006 |
| BAY AREA | Tanlledo | | Myrick Tanlledo | SALES DEMO PC | 13,274 | IS-0002067 | MISC NON INVEN | PCS21 Demo | 20 Til Shipped | EACH | $0.00 | 0 | 2/17/2006 | 2/17/2006 |
| BAY AREA | Tanlledo | 091 | Santa Rosa Memo 00220863 | | 9,807 | IH-0000040 | FS214 | Flexshaft II | 1 E0000A42595 | EACH | 0.00 | 0 | 6/7/2005 | 5/18/2006 |
| BAY AREA | Tanlledo | 091 | Santa Rosa Memo 00240206 | | 13,062 | IH-0000049 | C325 | Circular Stapling Unit 25mm 6 Per Bo | 1 LC-000049 | BOX | 2,430.00 | 2,430 | 1/23/2006 | 1/23/2006 |
| BAY AREA | Tanlledo | 091 | Santa Rosa Memo 00090082 | | 13,074 | IS-0000713 | RALC45 | Right Angle Linear Cutter 45mm 6 Pe | 1 LC-000078 | BOX | 1,958.00 | 1,958 | 4/27/2006 | 4/27/2006 |
| BAY AREA | Tanlledo | 091 | Santa Rosa Memo 00091212 | | 14,012 | ID-0008199 | C329 | Circular Stapler 29 mm Digital Loading | 1 LC-000335 | BOX | 2,430.00 | 2,430 | 4/27/2006 | 4/27/2006 |
| BAY AREA | Tanlledo | 091 | Santa Rosa Memo 00091212 | | 14,012 | ID-0008199 | RALC45 | Right Angle Linear Cutter 45mm Digit | 1 LC-000387 | BOX | 1,958.00 | 1,958 | 4/27/2006 | 4/27/2006 |
| BAY AREA | Tanlledo | 091 | Santa Rosa Memo 0002199 | | 9,733 | IN-0000083 | PC100L | Single Drive Power Console w/MCV1U | 1 A200409A0122 | EACH | 0.00 | 0 | 5/01/2006 | 4/2/2006 |
| BAY AREA | Tanlledo | 091 | Santa Rosa Memo 0002196 | | 9,733 | IN-0000091 | MCYIA | Program Memory Card | 1 PM-045050?1REV K | EACH | 0.00 | 0 | 5/01/2006 | 4/5/2006 |
| BAY AREA | Tanlledo | 091 | Santa Rosa Memorial 0002318 | | 10,477 | IH-0000091 | FS214L | Flexshaft II Service Exchange Unit 1/s | 8 T00041004?2905 / 8 Til Shipped | EACH | 0.00 | 0 | 7/18/2005 | 4/5/2006 |
| BAY AREA | Tanlledo | 093 | Sutter Maternity & 24181 / Sutter Maternity & Surgery Center | | 13,077 | ID-0007722 | RALC45 | Right Angle Linear Cutter 45mm 6 Pe | 1 LC-000375 / 1 Til Shipped | BOX | 2,175.00 / $2,175.00 | 2,175 | 1/01/2006 | 1/01/2006 |
| BAY AREA | Tanlledo | 091 | Sutter MC of Sant 962 418 | | 14,810 | ID-0008609 | RALC30V | Right Angle Linear Cutter 30mm Vasc | 1 LC-000393 | BOX | 2,565.00 | 2,565 | 6/27/2006 | 6/27/2006 |
| BAY AREA | Tanlledo | 091 | Sutter MC of Sant 962 418 | | 14,810 | ID-0008669 | RALC30 | Right Angle Linear Cutter 30mm Digi | 1 LC-000382 | BOX | 1,958.00 | 1,958 | 6/27/2006 | 6/27/2006 |

PMI 000261

| Region | | Code | Seller | | | | Product | Description | Shipped | Unit | Amount | Qty | Date | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2 7/8 Shipped | | $4,533.00 | | | |
| BAY AREA | Tanitado | 094 | Sutter MC of Santa Rosa | | | | | | | | | | | |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 1000395 | 12,923 | ID-0007635 | RALC30V | Right Angle Linear Cutter 30mm Vasc | 1 LC-000377 | BOX | 2,565.00 | 2,565 | 11/17/2006 | 11/17/2006 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 1004410 | 13,025 | ID-0007688 | SLCR55B | Straight Linear Cutter Reload 55mm B | 1 MT-00024 | BOX | 1,620.00 | 1,620 | 1/25/2006 | 1/25/2006 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 1004470 | 13,025 | ID-0007688 | SLCR55G | Straight Linear Cutter Reload 55mm C | 1 MT-00028 | BOX | 1,620.00 | 1,620 | 1/25/2006 | 1/25/2006 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 1004470 | 13,025 | ID-0007688 | SLC55B | Straight Linear Cutter 55mm Blue 6 Fi | 1 MT-00383 | BOX | 2,010.00 | 2,010 | 1/25/2006 | 1/25/2006 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 1005511 | 13,067 | ID-0007709 | SLC55B | Straight Linear Cutter 55mm Blue 6 Fi | 2 MT-00389 | BOX | 2,010.00 | 4,000 | 1/9/2006 | 1/9/2006 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 1005511 | 13,067 | ID-0007709 | CS25 | Circular Stapling Unit 25mm 6 Per Bo: | 2 LC-000349 | BOX | 2,430.00 | 4,860 | 1/9/2006 | 1/9/2006 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 1006859 | 13,168 | ID-0007773 | SLC55B | Straight Linear Cutter 55mm Blue 6 Fi | 1 MT-00383 | BOX | 2,010.00 | 2,010 | 2/7/2006 | 2/7/2006 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 1008268 | 13,060 | IN-0000214 | PES100L | POWER EXTENDER STRAIGHT EXI | 1 C05FY43 | EACH | 0.00 | 0 | 10/7/2006 | 10/7/2006 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 929413 | 10,235 | IN-0000854 | PCS21 | Power Circular Stapler 21mm | 1 PM-0000232001 | BOX | 2,890.00 | 2,880 | 2/7/2006 | 2/7/2006 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 935891 | 10,506 | IX-0000029 | PC100 | Power Console | 1 A30A11A00002 | EACH | 0.00 | 0 | 4/6/2006 | 6/29/2005 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 935891 | 10,506 | IX-0000029 | OPMA | Operator Manual (English) | 1 ZV-090401 | EACH | 0.00 | 0 | 4/5/2006 | 7/19/2005 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 935891 | 10,506 | IX-0000029 | PWCD | Power Cord for Power Console | 1 ZV-110401 | EACH | 0.00 | 0 | 4/5/2006 | 7/19/2005 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 935891 | 10,506 | IX-0000029 | FS214 | Flexshaft II | 1 B20006A32705 | EACH | 0.00 | 0 | 4/5/2006 | 7/19/2005 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 935891 | 10,506 | IX-0000029 | RCW100 | Remote Control Unit With Wire | 1 ZV-120404 | EACH | 0.00 | 0 | 4/5/2006 | 7/19/2005 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 935891 | 10,506 | IX-0000029 | CART | SurgASSIST System Storage Cart | 1 ZV-120101 | EACH | 0.00 | 0 | 4/5/2006 | 7/19/2005 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 935897 | 10,507 | IX-0000030 | PC100 | Power Console | 1 A30A11A08102 | EACH | 0.00 | 0 | 4/6/2006 | 7/19/2005 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 935897 | 10,507 | IX-0000030 | OPMA | Operator Manual (English) | 1 ZV-090401 | EACH | 0.00 | 0 | 4/6/2006 | 7/19/2005 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 935897 | 10,507 | IX-0000030 | PWCD | Power Cord for Power Console | 1 ZV-110401 | EACH | 0.00 | 0 | 4/5/2006 | 7/19/2005 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 935897 | 10,507 | IX-0000030 | RCW100 | Remote Control Unit With Wire | 1 ZV-120404 | EACH | 0.00 | 0 | 4/5/2006 | 7/19/2005 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 935897 | 10,507 | IX-0000030 | CART | SurgASSIST System Storage Cart | 1 ZV-022001 | EACH | 0.00 | 0 | 4/6/2006 | 7/19/2005 |
| BAY AREA | Tanitado | 094 | UCSF Medical Cer 991905 | 12,706 | ID-0007599 | RALC30V | Right Angle Linear Cutter 30mm Vasc | 1 LC-000377 | BOX | 2,565.00 | 2,565 | 4/13/2006 | 12/21/2005 |
| BAY AREA | Tanitado | 094 | UCSF Medical Center | | | | | | 24 7/8 Shipped | | $24,150.00 | | | |
| BAY AREA | Tanitado | 091 | VA MC - San Fran HP PO 662ANC32 8,834 | | IN-0000110 | MRH | Manual Release for Flex Shaft 14mm | 1 ZV-160402 | EACH | 0.00 | 0 | 3/31/2006 | 3/31/2006 |
| BAY AREA | Tanitado | 091 | VA MC - San Fran HP PO 662ANC32 8,834 | | IN-0000110 | OPMA | Operator Manual 2 | 1 ZV-090401 | EACH | 0.00 | 0 | 4/10/2006 | 3/31/2006 |
| BAY AREA | Tanitado | 091 | VA MC - San Fran HP PO 662ANC32 8,834 | | IN-0000110 | CART | SurgASSIST System Storage Cart | 1 ZV-120401 | EACH | 0.00 | 0 | 4/10/2006 | 3/31/2006 |
| | | | VA MC - San Francisco | | | | | | 3 7/8 Shipped | | $0.00 | | | |
| | Tanitado | | | | | | | | 64 7/8 Shipped | | $51,234.00 | | | |

PMI 000262