William I. Edlund, State Bar No. 25013
Alyson L. Huber, State Bar No. 202713
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
wedlund@bztm.com
ahuber@bztm.com

Michael L. Rosen, *Admitted Pro Hac Vice*
John E. Duke, *Admitted Pro Hac Vice*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mrosen@foleyhoag.com
jduke@foleyhoag.com

Attorneys for Defendant Power Medical Interventions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRICK TANTIADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>POWER MEDICAL INTERVENTIONS, a Pennsylvania corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 07-02874 CRB<br><br>**DECLARATION OF JOHN E. DUKE IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: September 5, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8 |

I, John E. Duke, declare:

1. I am a member of the Bar of the Commonwealth of Massachusetts and a member of the law firm of Foley Hoag LLP, admitted to this Court *pro hac vice* to serve as counsel of record for defendant Power Medical Interventions, Inc. ("PMI"). I make this

-1-

1. Declaration in support of PMI's motion for partial summary judgment. I have personal knowledge of the facts stated in this Declaration, and if called upon, could and would testify competently thereto.

2. Attached to this Declaration as Exhibit A is a true and accurate copy of the pages from the transcript of the Deposition of Myrick Tantiado and exhibits thereto cited in support of PMI's motion for partial summary judgment.

3. Attached to this Declaration as Exhibit B is a true and accurate copy of the pages from the transcript of the Deposition of Robert Chase cited in support of PMI's motion for partial summary judgment.

4. Attached to this Declaration as Exhibit C is a true and accurate copy of Defendant Power Medical Intervention's Supplemental Answers to Plaintiff's First Set of Interrogatories, Answer to Interrogatory Nos. 3 and 22.

5. Attached to this Declaration as Exhibit D is a true and accurate copy of Plaintiff's Response to Defendant's First Set of Interrogatories, Answer to Interrogatory No. 5.

6. Attached to this Declaration as Exhibit E is a true and accurate copy of the Declaration of Michael Whitman in Support of Defendant's Motion for Partial Summary Judgment. Although Mr. Whitman is currently in Strasbourg, France and was unable to return the executed affidavit in time for it to be filed with the other summary judgment papers filed herewith, he has read, approved, and attested to the truth of the facts in his Declaration. A true and accurate copy of Mr. Whitman's Declaration will be filed with the Court on Monday, July 28, 2008.

Executed on July 25, 2008, at Boston, Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



John E. Duke

-2-

DECLARATION OF JOHN E. DUKE IN SUPPORT OF STIPULATION EXTENDING DEADLINES
Case No. C 07-02874 CRB.