# EXHIBIT D

1 | SurgAssist Computer Powered Stapling System, as alleged in paragraph 9 of the Complaint.
2 | RESPONSE TO INTERROGATORY NO. 4.
3 |     Plaintiff made complaints via ICRs on 8/30/04, 9/17/04, 9/17/04, 12/13/04, 02/24/05,
4 | 03/15/05, 03/15/05, 04/07/05, 04/25/05, 04/25/05, 05/10/05, 05/13/05, 07/14/05, 07/21/05,
5 | 08/16/05, 09/05/05, 09/09/05, 09/14/05, 10/30/05, 02/02/06, 02/04/06. Such ICRs were
6 | produced by Defendant.
7 |     Plaintiff made complaints to his supervisor, Rob Chase, on unknown dates and at a
8 | meeting of the American Bariatric Surgeons Association on or around July 1, 2006. In this
9 | complaint, Mr. Tantiado stated to Mr. Chase that he could no longer sell the dangerous products
10 | produced by PMI until the problems were corrected, to which Mr. Chase responded "that is not
11 | what they want to hear."
12 | INTERROGATORY NO. 5.
13 |     Please identify each individual to whom you made a complaint regarding the
14 | integrity of the SurgAssist Computer Powered Stapling System, as alleged in paragraph 9 of the
15 | Complaint.
16 | RESPONSE TO INTERROGATORY NO. 5.
17 |     Power Medical Interventions Quality Control, names of personnel unknown.
18 |     Rob Chase.
19 | INTERROGATORY NO. 6.
20 |     Please state the basis for your allegation in paragraph 11 of the Complaint that
21 | PMI violated 21 U.S.C. 351(e) and related FDA regulations including 21 C.F.R. 803 and 21
22 | C.F.R. 5 820 et seq. pertaining to medical devices which are nonconforming or otherwise do not
23 | operate in their intended manner.
24 | RESPONSE TO INTERROGATORY NO. 6.
25 |     In failing to heed Plaintiff's warnings, Defendant violated 21 U.S.C.A. 351(e) and related
26 | FDA regulations including 21 CFR 803 and 21 CFR 820 *et seq.* pertaining to medical devices
27 | which are nonconforming or otherwise do not operate in their intended manner. Defendant
28 | continued to demand that its salespeople sell these dangerous, non-conforming products to

RESPONSE TO INTERROGATORIES     3     CASE NO. C 07 – 02874 CRB MED