# EXHIBIT E

William I. Edlund, State Bar No. 25013
Alyson L. Huber, State Bar No. 202713
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
wedlund@bztm.com
ahuber@bztm.com

Michael L. Rosen, *Admitted Pro Hac Vice*
John E. Duke, *Admitted Pro Hac Vice*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mrosen@foleyhoag.com
jduke@foleyhoag.com

Attorneys for Defendant Power Medical Interventions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRICK TANTIADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>POWER MEDICAL INTERVENTIONS, a Pennsylvania corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 07-02874 CRB<br><br>**DECLARATION OF MICHAEL WHITMAN IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: September 5, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8 |

-1-

-2-

I, Michael Whitman, declare:

1. I am Chief Executive Officer for Power Medical Interventions, Inc. ("PMI"). I have personal knowledge of the facts stated in this Declaration, and if called upon, could and would testify competently thereto.

2. In early July 2006, I met with Pat Holmes and Robert Chase at a managers meeting in Wisconsin to discuss the sales performance of the territory for which Mr. Chase was Regional Manager. At this meeting, we discussed Myrick Tantiado's 2006 sales performance, which had declined precipitously from his 2005 sales numbers. Mr. Tantiado's 2006 sales numbers failed to meet PMI's minimum requirements for his job.

3. Based on Mr. Tantiado's sales performance, it was decided that Mr. Tantiado would be terminated for his inability to meet the minimum requirements of his job, which is consistent with PMI's practice.

Executed on July 25, 2008, at Strasbourg, France.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Michael Whitman