1

**STEPHEN F. HENRY, ESQ.**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com

2

3

4

5

MARK L. MOSLEY (State Bar # 134349)
MOSCONE EMBLIDGE & QUADRA, LLP
220 Montgomery Street. Suite 2100
San Francisco, CA 94104
Telephone: (415) 592-4342
Facsimile: (415) 362-2006
mmosley@meqlaw.com

6

7

8

9

Attorneys for Plaintiff

10

11

UNITED STATES DISTRICT COURT

12

FOR THE NORTHER DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| MYRICK TANTIADO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>POWER MEDICAL INTERVENTIONS, a Pennsylvania corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 07-02874 CRB MED<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION<br><br><br>Original filing date: April 6, 2007<br>Removal date: June 1, 2007 |

14

15

16

17

18

19

20

    Pursuant to Federal Rules of Evidence 201, Plaintiff requests this Court to take judicial

21

notice of the attached documents.

22

23

August 15, 2008

24

                    /s/Stephen F. Henry
                    STEPHEN F. HENRY
                    Attorney for Plaintiff

25

26

27

28

EXHIBIT A



## U.S. Food and Drug Administration

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

Department of Health and Human Services

FDA Home Page | CDRH Home Page | Search | A-Z Index          Questions?

| 510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA |
| CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards |

New Search                                            Back To Search Results

## 510(k) Premarket Notification Database

| | |
|---|---|
| **Device Classification Name** | Staple, Implantable |
| **510(k) Number** | K032701 |
| **Device Name** | SURGASSIST CIRCULAR STAPLER DIGITAL LOADING UNITS |
| **Applicant** | POWER MEDICAL INTERVENTIONS, INC. 110 Union Square Dr. New Hope Pa, PA 18938 |
| **Contact** | Barbara J Whitman |
| **Regulation Number** | 878.4750 |
| **Classification Product Code** | GDW |
| **Date Received** | 09/02/2003 |
| **Decision Date** | 09/30/2003 |
| **Decision** | Substantially Equivalent (SE) |
| **Classification Advisory Committee** | General & Plastic Surgery |
| **Review Advisory Committee** | General & Plastic Surgery |
| **Statement/Summary/Purged Status** | Summary Only |
| **Summary** | Summary |
| **Type** | Special |
| **Reviewed By Third Party** | No |
| **Expedited Review** | No |

Database Updated 08/06/2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer

SEP 3 0 2003

Power Medical Interventions, Inc.
SurgASSIST™ Circular Stapler DLUs
Special 510(k) Corrective Action Being Effected – August 29, 2003

*K932701 (P. 1 of 5)*

Special 510(k)
CORRECTIVE ACTION BEING EFFECTED
SAFETY AND EFFECTIVENESS SUMMARY

**SurgASSIST** *Circular Stapler Digital Loading Units®*

In Accordance with 21 CFR section 807.92 Power Medical Interventions, Inc., is submitting the following safety and effectiveness summary.

1) Submitter Information:

> Power Medical Interventions, Inc.
> 110 Union Square Drive
> New Hope, PA 18938
> 267-775-8151 Ph
> 267-775-8123 Fax

> Applicant:          Barbara J. Whitman

> Date of Notification:          August 29, 2003

2) Name of Device:

> Trade Name:          SurgASSIST™
> Circular Stapler DLUs
> 21 mm, 25 mm, 29 mm, 33 mm

> Common Name:          Circular Stapler with Implantable Staples

> Classification Name: Staple, Implantable, GDW

3) Predicate Devices:

> A. SurgASSIST™ System with Circular Stapler Digital Loading Units®, (21 mm, 25 mm, 29 mm, 33 mm), with Titanium Implantable Staple, Power Medical Interventions, Inc., New Hope, PA. REF CS21, CS25, CS29, CS33 (K003277).

> B. Endopath ILS Endoscopic Circular Staplers, 21 mm, 25 mm, 29 mm, 33 mm, Ethicon Endo-Surgery, Cincinnati, OH. (K920752).

000014

Power Medical Interventions, Inc.
SurgASSIST™ Circular Stapler DLUs
Special 510(k) Corrective Action Being Effected – August 29, 2003      *K φ327 φ1 (P. 2 oP 5)*

4) Device Description:

The SurgASSIST™ System with Circular Stapler Digital Loading Units®
(DLUs) offers computer mediated steering and stapling. The DLUs contain
implantable, titanium staples and integral cutting blades. The DLUs are used
to anastomose tubular structures by applying a double staggered circular row
of staples through the tissue. The staples form to controlled closed conditions
to secure the layers of tissue together. The DLUs also cut away the excess
tissue at a controlled diameter inside the ring of staples. The Circular Stapler
DLUs are available in the following four sizes: 21 mm, 25 mm, 29 mm, and 33
mm. The DLU is supplied sterilized and ready for use upon removal from its
packaging.

5) Device Modification

Modifications were made to the predicate SurgASSIST™ Circular Stapler
Digital Loading Units® (originally cleared under K003277) to address the root
cause of the voluntary recall, which was a potential for latching mechanism
failure, which could result in staple line failure and/or anvil jam. In order to
further minimize the already low risk of latching mechanism failure, the spline
tube and trocar were modified to improve engagement of the latch fingers.
Further details of this modification can be found in Section H of this
submission, under the "Device Modification" heading.

6) Indications For Use

The SurgASSIST™ Circular Stapler Digital Loading Units® have
applications throughout the alimentary tract for end-to-end, end-to-
side, and side-to-side anastomoses.

7) Comparison to Predicate Devices

The following table compares the subject Circular Stapler to the previously
cleared predicates, Circular Stapler Cutter Digital Loading Units® (K003277)
and Endopath ILS Endoscopic Circular Staplers (K920752).

K032701 (P.3 of 5)

Pow.. Medical Interventions, Inc.
SurgASSIST™ Circular Stapler DLUs
Special 510(k) Corrective Action Being Effected – August 29, 2003

## Circular Stapler DLU Product Features Comparison Chart

| Features & Description | SurgASSIST™ Circular Stapler Digital Loading Units® (DLUs) 21 mm, 25 mm, 29 mm, 33 mm REF: CS21, CS25, CS29, CS33 | Predicate SurgASSIST™ Circular Stapler Digital Loading Units® (DLUs) 21 mm, 25 mm, 29 mm, 33 mm | Predicate Ethicon Endo-Surgery, Inc. Endopath ILS Endoscopic Circular Stapler 21 mm, 25 mm, 29 mm, 33 mm |
|---|---|---|---|
| Name | Circular Stapler Digital Loading Units® 21 mm, 25 mm, 29 mm, 33 mm | Circular Stapler Digital Loading Units® 21 mm, 25 mm, 29 mm, 33 mm | Ethicon Endo-Surgery, Inc. Endopath ILS Endoscopic Circular Stapler 21 mm, 25 mm, 29 mm, 33 mm |
| Manufacturer of Record | Power Medical Interventions, Inc. | Power Medical Interventions, Inc. | Ethicon Endo-Surgery, Inc. |
| Contract Manufacturer | Lacey Manufacturing Bridgeport, CT | Lacey Manufacturing Bridgeport, CT | Ethicon Endo-Surgery, Inc |
| 510(k) Clearance Numbers | Subject of this Notification | K003277 | K920752 |
| Intended use | Applications throughout the alimentary tract for end-to-end, end-to-side and side-to-side anastomoses. | Applications throughout the alimentary tract for end-to-end, end-to-side and side-to-side anastomoses. | Applications throughout the alimentary tract for end-to-end, end-to-side and side-to-side anastomoses. |
| Contraindications | Same, refer to labeling | Same, refer to labeling | Same, refer to labeling |
| FDA Class (System) | = | = | = |
| Sizes | 21 mm, 25 mm, 29 mm, 33 mm Circular Staplers | 21 mm, 25 mm, 29 mm, 33 mm Circular Staplers | 21 mm, 25 mm, 29 mm, 33 mm Circular Staplers |
| Staple Shape | B-Shaped | B-Shaped | B-Shaped |

K032791 (p.4 of 5)

Pow.. Medical Interventions, Inc.
SurgASSIST™ Circular Stapler DLUs
Special 510(k) Corrective Action Being Effected – August 29, 2003

## Circular Stapler DLU Product Features Comparison Chart
(continued from previous page)

| Features & Description | SurgASSIST™ Circular Stapler Digital Loading Units® (DLUs) 21 mm, 25 mm, 29 mm, 33 mm REF: CS21, CS25, CS29, CS33 | Predicate SurgASSIST™ Circular Stapler Digital Loading Units® (DLUs) 21 mm, 25 mm, 29 mm, 33 mm | Predicate Ethicon Endo-Surgery, Inc. Endopath ILS Endoscopic Circular Stapler 21 mm, 25 mm, 29 mm, 33 mm |
|---|---|---|---|
| Closed Staple Height | Approximately 1.5 mm – 2.3 mm | Approximately 1.5 mm – 2.3 mm | 1.0 mm – 2.5 mm |
| Staple Material | ASTM F-67 Unalloyed Titanium | ASTM F-67 Unalloyed Titanium | ASTM F-67 Unalloyed Titanium |
| Knife Material | Stainless steel | Stainless steel | Stainless steel |
| DLU Materials | Polymeric materials, surgical grade stainless steels, adhesives, and lubricants | Polymeric materials, surgical grade stainless steels, adhesives, and lubricants | Polymeric materials, surgical grade stainless steels, adhesives, and lubricants |
| Cutting Mechanism | Circular Knife | Circular Knife | Circular Knife |
| DLU Internal Power | None | None | None |
| Power | Electrically powered via a remote Power Console | Electrically powered via a remote Power Console | Manually powered |
| Software containing | Yes | Yes | No |
| Digital Information | Memory module containing digital data for identification, etc. | Memory module containing digital data for identification, etc. | None |
| How Supplied | Sterile - Single Patient Use | Sterile - Single Patient Use | Sterile – Single Patient Use |

K432741 (P.5 of 5

Pow.. Medical Interventions, Inc.
SurgASSIST™ Circular Stapler DLUs
Special 510(k) Corrective Action Being Effected – August 29, 2003

## Circular Stapler DLU Product Features Comparison Chart
(continued from previous page)

| Features & Description | SurgASSIST™ Circular Stapler Digital Loading Units® (DLUs) 21 mm, 25 mm, 29 mm, 33 mm REF: CS21, CS25, CS29, CS33 | Predicate SurgASSIST™ Circular Stapler Digital Loading Units® (DLUs) 21 mm, 25 mm, 29 mm, 33 mm | Predicate Ethicon Endo-Surgery, Inc. Endopath ILS Endoscopic Circular Stapler 21 mm, 25 mm, 29 mm, 33 mm |
|---|---|---|---|
| Safety Mechanism | Will not deploy until within an appropriate range for desired closed staple height | Will not deploy until within an appropriate range for desired closed staple height | Contains indicators for appropriate range for desired closed staple height, but can be deployed out of range |
| Insertion Mechanism | Flexible, steerable | Flexible, steerable | Rigid |
| Method of Sterilization | Ethylene Oxide Gas (ETO) | Ethylene Oxide Gas (ETO) | Irradiation |
| Packaging | Blister Tray with Tyvek Lid | Blister Tray with Tyvek Lid | Blister Tray with Tyvek Lid |



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

---

SEP 3 0 2003

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Ms. Barbara J. Whitman
Regulatory Affairs Manager
Power Medical Interventions, Inc.
110 Union Square Drive
New Hope, Pennsylvania 18938

Re: K032701
    Trade/Device Name: SurgASSIST™ Circular Stapler Digital Loading Units®
                               21mm, 25mm, 29mm, 33mm
    Regulation Number: 21 CFR 878.4750
    Regulation Name: Implantable staple
    Regulatory Class: II
    Product Code: GDW
    Dated: August 29, 2003
    Received: September 2, 2003

Dear Ms. Whitman:

We have reviewed your Section 510(k) premarket notification of intent to market the device
referenced above and have determined the device is substantially equivalent (for the indications
for use stated in the enclosure) to legally marketed predicate devices marketed in interstate
commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to
devices that have been reclassified in accordance with the provisions of the Federal Food, Drug,
and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA).
You may, therefore, market the device, subject to the general controls provisions of the Act. The
general controls provisions of the Act include requirements for annual registration, listing of
devices, good manufacturing practice, labeling, and prohibitions against misbranding and
adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it
may be subject to such additional controls. Existing major regulations affecting your device can
be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may
publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean
that FDA has made a determination that your device complies with other requirements of the Act
or any Federal statutes and regulations administered by other Federal agencies. You must
comply with all the Act's requirements, including, but not limited to: registration and listing (21
CFR Part 807); labeling (21 CFR Part 801); good manufacturing practice requirements as set
forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic
product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

Page 2 - Ms. Barbara J. Whitman

This letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Office of Compliance at (301) 594-4659. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (301) 443-6597 or at its Internet address http://www.fda.gov/cdrh/dsma/dsmamain.html

Sincerely yours,

*Miriam C. Provost*

*for* Celia M. Witten, Ph.D., M.D.
Director
Division of General, Restorative
  and Neurological Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

Power Medical Interventions, Inc.
SurgASSIST™ Circular Stapler DLUs
Special 510(k) Corrective Action Being Effected – August 29, 2003

Power Medical Interventions, Inc.
New Hope, PA 18938

510(k) No. K φ327φ1

Device Name:    *SurgASSIST™*
                *Circular Stapler*
                *Digital Loading Units®*
                *21 mm, 25 mm, 29 mm, 33 mm*

INDICATIONS FOR USE:

The SurgASSIST™ Circular Stapler Digital Loading Units® have
applications throughout the alimentary tract for end-to-end, end-to-
side, and side-to-side anastomoses.

(PLEASE DO NOT WRITE BELOW THIS LINE – CONTINUE ON ANOTHER PAGE IF NEEDED)

Prescription Use ___X___    OR    Over-The-Counter Use _____
Per 21CFR §801.109

*Miriam C. Provost*
(Division Sign-Off)
Division of General, Restorative
and Neurological Devices

510(k) Number _K03270 /_

000012

# EXHIBIT B





FDA Home Page | CDRH Home Page | Search | A-Z Index          Questions?

New Search                                    Back To Search Results

## 510(k) Premarket Notification Database

| | |
|---|---|
| **Device Classification Name** | Staple, Implantable |
| **510(k) Number** | K040024 |
| **Device Name** | SURGASSIST CIRCULAR STAPLER DIGITAL LOADING UNITS |
| **Applicant** | POWER MEDICAL INTERVENTIONS, INC. 110 Union Square Dr. New Hope Pa, PA 18938 |
| **Contact** | Barbara J Whitman |
| **Regulation Number** | 878.4750 |
| **Classification Product Code** | GDW |
| **Date Received** | 01/07/2004 |
| **Decision Date** | 02/04/2004 |
| **Decision** | Substantially Equivalent (SE) |
| **Classification Advisory Committee** | General & Plastic Surgery |
| **Review Advisory Committee** | General & Plastic Surgery |
| **Statement/Summary/Purged Status** | Summary Only |
| **Summary** | Summary |
| **Type** | Special |
| **Reviewed By Third Party** | No |
| **Expedited Review** | No |

Database Updated 08/06/2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer

FEB – 4 2004

Power Medical Interventions, Inc.
SurgASSIST® Circular Stapler Digital Loading Unit® 29 mm (CS29)
<u>Special 510(k) – Corrective Action Being Effected – January 6, 2004</u>

*k04 0024 (p. 1 of 3)*

## Section E
## Special 510(k) – Corrective Action Being Effected
## <u>Summary</u>

In Accordance with 21 CFR section 807.92 Power Medical Interventions, Inc., is submitting the following 510(k) Summary:

1) Submitter Information:

> Power Medical Interventions, Inc.
> 110 Union Square Drive
> New Hope, PA 18938
> 267-775-8151 Ph
> 267-775-8123 Fax

> Applicant:             Barbara J. Whitman

> Date of Notification:   January 6, 2004

2) Name of Device:

> Trade Name:           SurgASSIST®
>                       Circular Stapler DLUs – 29 mm

> Common Name:          Circular Stapler with Implantable
>                       Staples

> Classification Name:   Staple, Implantable, GDW

3) Predicate Devices:

SurgASSIST® Circular Stapler Digital Loading Units®, (21 mm, 25 mm, 29 mm, 33 mm), with Titanium Implantable Staple, Power Medical Interventions, Inc., New Hope, PA. REF CS21, CS25, CS29, CS33 (K003277 and K032701).

4) Device Description:

The SurgASSIST® Circular Stapler Digital Loading Units® (DLUs) offer computer mediated steering and stapling.   The DLUs contain implantable, titanium staples and integral cutting blades. The DLUs are used to anastomose tubular structures by applying a double staggered

circular row of staples through the tissue. The staples form to controlled closed conditions to secure the layers of tissue together. The DLUs also cut away the excess tissue at a controlled diameter inside the ring of staples. The Circular Stapler DLUs are available in the following four sizes: 21 mm, 25 mm, 29 mm, and 33 mm. The DLU is supplied sterile and ready for use upon removal from its packaging. The purpose of this submission is to clear the modifications to the 29 mm Circular Stapler DLU only.

5) Device Modification

Modifications were made to the predicate SurgASSIST® Circular Stapler Digital Loading Units® - 29 mm (originally cleared under K003277) to address the root cause of the voluntary recall, which was a potential for latching mechanism failure. In order to minimize the risk of latching mechanism failure, addition of vent holes, heptagon design added to the trocar tip, modification to the housing, coating of the lead screws, modification of anvil stems and an addition of a latch finger spline were the design changes made to improve engagement of the latch fingers. Further details of this modification can be found in Section H of this submission, under the "Device Modification" heading.

6) Indications For Use

The SurgASSIST® Circular Stapler Digital Loading Units® have applications throughout the alimentary tract for end-to-end, end-to-side, and side-to-side anastomoses.

7) Comparison to Predicate Devices

The modified Circular Stapler Digital Loading Unit® - 29 mm maintains the same fundamental scientific technology as the predicate device. The primary change to the device is the increased strength and reliability of the latching mechanism. Details of the modifications can be found in Section H of this submission, under the "Device Modification" heading.



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

---

FEB - 4 2004

**Food and Drug Administration**
**9200 Corporate Boulevard**
**Rockville MD 20850**

Ms. Barbara J. Whitman
Regulatory Affairs Manager
Power Medical Interventions, Inc.
110 Union Square Drive
New Hope, Pennsylvania 18938

Re: K040024
    Trade/Device Name: SurgAssist® Circular Stapler Digital Loading Units® - 29 mm
    Regulation Number: 21 CFR 878.4750
    Regulation Name: Implantable staple
    Regulatory Class: II
    Product Code: GDW
    Dated: January 6, 2004
    Received: January 7, 2004

Dear Ms. Whitman:

We have reviewed your Section 510(k) premarket notification of intent to market the device
referenced above and have determined the device is substantially equivalent (for the indications
for use stated in the enclosure) to legally marketed predicate devices marketed in interstate
commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments. or to
devices that have been reclassified in accordance with the provisions of the Federal Food, Drug,
and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA).
You may, therefore, market the device, subject to the general controls provisions of the Act. The
general controls provisions of the Act include requirements for annual registration, listing of
devices, good manufacturing practice, labeling, and prohibitions against misbranding and
adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it
may be subject to such additional controls. Existing major regulations affecting your device can
be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may
publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean
that FDA has made a determination that your device complies with other requirements of the Act
or any Federal statutes and regulations administered by other Federal agencies. You must
comply with all the Act's requirements, including, but not limited to: registration and listing (21
CFR Part 807); labeling (21 CFR Part 801); good manufacturing practice requirements as set
forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic
product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

Page 2 - Ms. Barbara J. Whitman

This letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Office of Compliance at (301) 594-4659. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (301) 443-6597 or at its Internet address http://www.fda.gov/cdrh/dsma/dsmamain.html

Sincerely yours,

*Miriam C Provost*

for Celia M. Witten, Ph.D., M.D.
Director
Division of General, Restorative
  and Neurological Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

Power Medical Interventions, Inc.
SurgASSIST® Circular Stapler Digital Loading Unit® 29 mm (CS29)
Special 510(k) – Corrective Action Being Effected – January 6, 2004

## Section D
# Indications for Use

*Power Medical Interventions, Inc.*
*New Hope, PA  18938*

510(k) Number (if known):  *K040024*

Device Name:  SurgASSIST®
Circular Stapler Digital Loading Units® - 29 mm

Indications For Use:

The SurgASSIST® Circular Stapler Digital Loading Units® have applications throughout the alimentary tract for end-to-end, end-to-side, and side-to-side anastomoses.

Prescription Use ____x____          AND/OR          Over-The-Counter Use _____
(Part 21 CFR 801 Subpart D)                                    (21 CFR 807 Subpart C)

 (PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

_____

Concurrence of CDRH, Office of Device Evaluation (ODE)

*Miriam C. Provost*
(Division Sign-Off)
Division of General, Restorative
and Neurological Devices

Page 1 of __1__

510(k) Number: *K640024*

EXHIBIT C



FDA Home Page | CDRH Home Page | Search | A-Z Index                    Questions?



| | 510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA |
| | CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards |

New Search                                          Back To Search Results

## 510(k) Premarket Notification Database

| | |
|---|---|
| **Device Classification Name** | Staple, Implantable |
| **510(k) Number** | K061649 |
| **Device Name** | POWER CIRCULAR STAPLER DIGITAL LOADING UNIT WITH |
| **Applicant** | POWER MEDICAL INTERVENTIONS, INC. 2021 Cabot Blvd. Langhorne, PA 19047 |
| **Contact** | Barbara J Whitman |
| **Regulation Number** | 878.4750 |
| **Classification Product Code** | GDW |
| **Date Received** | 06/22/2006 |
| **Decision Date** | 09/01/2006 |
| **Decision** | Substantially Equivalent (SE) |
| **Classification Advisory Committee** | General & Plastic Surgery |
| **Review Advisory Committee** | General & Plastic Surgery |
| **Statement/Summary/Purged Status** | Summary Only |
| **Summary** | Summary |
| **Type** | Special |
| **Reviewed By Third Party** | No |
| **Expedited Review** | No |

Database Updated 08/06/2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer

K061649
page 1 of 2

## SECTION E - Special 510(k) Summary

SEP - 1 2006

In Accordance with 21 CFR Section 807.92 Power Medical Interventions® is submitting the following safety and effectiveness summary.

1) Submitter Information:

> Power Medical Interventions, Inc.
> 2021 Cabot Blvd.
> Langhorne, PA 19047
> 267-775-8151 Ph
> 267-775-8123 Fax

> Applicant:        Barbara J. Whitman

> Date of Notification:    June 8, 2006

2) Name of Device:

| | |
|---|---|
| Trade Name: | Power Circular Stapler Digital Loading Unit® |
| Common Name: | Circular Staplers with Implantable Staples |
| Classification Name: | Staple, Implantable, GDW |

3) Predicate Devices:

> SurgASSIST® Circular Stapler Digital Loading Units®, Power Medical Interventions, Inc., K003277.

4) Device Description

> Power Circular Stapler Digital Loading Units® are single use, disposable, surgical stapling devices designed for creating a circular anastomosis between two tubular structures and/or tissue layers.

5) Device Modification

> The Power Circular Stapler Digital Loading Units® cut and staple identically to the predicate device, Circular Stapler Digital Loading Units® (K003277). The rigid length of the Power Circular Stapler Digital Loading Units® have been reduced by relocating portions of the gearing into the proximal end of the device, while redesigning the anvil clamping mechanism. There are Power

K061649
Page 2 of 2

Power Medical Interventions, Inc.
Power Circular Stapler Digital Loading Units®
Special 510(k) Device Modification PreMarket Notification – June 8, 2006

Circular Staplers which incorporate a retractable dilator that is attached to the distal end of the DLU. The dilator provides a tapered leading edge, which eases DLU insertion.

6) Indications For Use

The Power Circular Stapler Digital Loading Units® have applications throughout the alimentary tract for end-to-end, end-to-side, and side-to-side anastomoses.

7) Comparison to Predicate Devices

The Power Circular Stapler Digital Loading Units® have the same indications for use and the same functionality as the previously cleared predicate Circular Stapler Digital Loading Units® (K003277). Both the Power Circular Stapler Digital Loading Units® and the Circular Stapler Digital Loading Units® deliver two staggered rows of titanium staples on each side of a circular transection. For further details, please see the Predicate Comparison Chart in Section J of this submission.

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

SEP - 1 2006

Power Medical Interventions
℅ Ms. Barbara J. Whitman
Regulatory Affairs Manager
2021 Cabot Boulevard West
Langhorne, Pennsylvania 19047

Re: K061649
    Trade/Device Name: Power Circular Stapler Digital Loading Units®
    Regulation Number: 21 CFR 878.4750
    Regulation Name: Implantable staple
    Regulatory Class: II
    Product Code: GDW
    Dated: August 7, 2006
    Received: August 8, 2006

Dear Ms. Whitman:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to such additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050. This

Page 2 - Ms. Barbara J. Whitman

letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Office of Compliance at (240) 276-0115. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (240) 276-3150 or at its Internet address http://www.fda.gov/cdrh/industry/support/index.html.

Sincerely yours,

Mark N. Melkerson
Director
Division of General, Restorative
  and Neurological Devices
Office of Device Evaluation
Center for Devices and
  Radiological Health

Enclosure

Power Medical Interventions, Inc.
Power Circular Stapler Digital Loading Units®
Special 510(k) Device Modification PreMarket Notification – K061649
<u>Request for Additional Information - July 12, 2006</u>

## Indications for Use

**510(k) Number (if known):** K061649

**Device Name:** Power Circular Stapler Digital Loading Units®

**Indications for Use:**

The Power Circular Stapler Digital Loading Units® have applications throughout the alimentary tract for end-to-end, end-to-side, and side-to-side anastomoses.

*Note: The Indications For Use for the Power Circular Stapler Digital Loading Units® are identical to that of the predicate device, Circular Stapler Digital Loading Units®, which were cleared to market via K003277.*

Prescription Use ___x___          AND/OR          Over-The-Counter Use _____
(Part 21 CFR 801 Subpart D)                               (21 CFR 801 Subpart C)

(PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

_____

Concurrence of CDRH, Office of Device Evaluation (ODE)

Page ___ of ___

_____
**(Division Sign-Off)**
**Division of General, Restorative,**
**and Neurological Devices**

**510(k) Number** ___K061649___