**STEPHEN F. HENRY, ESQ.**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com

MARK L. MOSLEY (State Bar # 134349)
MOSCONE EMBLIDGE & QUADRA, LLP
220 Montgomery Street. Suite 2100
San Francisco, CA 94104
Telephone: (415) 592-4342
Facsimile: (415) 362-2006
mmosley@meqlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRICK TANTIADO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>POWER MEDICAL INTERVENTIONS, a Pennsylvania corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 07-02874 CRB MED<br><br>PLAINTIFF'S OBJECTIONS TO EVIDENCE SUPPORTING DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION<br><br><br>Original filing date: April 6, 2007<br>Removal date: June 1, 2007 |

Plaintiff objects to the following evidence offered by Defendant in support of its Motion for Partial Summary Judgment:

**Declaration of Michael Whitman**:

The filing of this Declaration is untimely.

Para. 2, line 9: The witness has not established his knowledge of the facts claimed. FRE 602.

Lacks foundation as to what the minimum requirements of Plaintiff's job were, how those requirements were established and how those requirements were communicated and therefore lacks foundation for opinion testimony. FRE 701, 702.

Para. 3, lines 11-12: The witness has not established his knowledge of the facts claimed . FRE 602. Lacks foundation as to what the minimum requirements of Plaintiff's job were, how those requirements were established and how those requirements were communicated and therefore lacks foundation for opinion testimony. FRE 701, 702. Lacks foundation as to what "PMI's practices" were, how those practices were established and how those practices were communicated and therefore lacks foundation for opinion testimony. FRE 701, 702.

Para. 3: The witness has not established his knowledge of the facts claimed. FRE 602. Lacks foundation as to who decided to terminate Plaintiff.

**Declaration of Rita Esposito**:

Para. 2: The witness has not established her knowledge of the facts claimed. FRE 602. Lacks foundation as to how the Exhibit was received. The underlying Exhibit is hearsay. FRE 802. The underlying Exhibit is redacted without explanation and is therefore an incomplete exhibit.

**Declaration of Patricia Steffan**:

Para. 3: The witness has not established her knowledge of the facts claimed. FRE 602. Lacks foundation as to how sales were calculated and how the declarant determined the total amount of sales using the data attached as Exhibit B and therefore lacks foundation for opinion testimony. FRE 701, 702.

**Declaration of John Duke**:

Para. 4:  The Exhibit is incomplete.

Para. 6:  Hearsay. FRE 802.

Exhibit B, excerpts of Deposition of Robert Chase, page 50, lines 2-3: The witness has not established his knowledge of the facts claimed. FRE 602. Lacks foundation for opinion testimony. FRE 701, 702.

Dated:  August 15, 2008

/s/Stephen F. Henry
STEPHEN F. HENRY
Attorneys for Plaintiff