IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MYRICK TANTIADO,    No. C 07-02874 CRB

    Plaintiff,    **Clerk's Notice**

  v.

POWER MEDICAL INTERVENTIONS,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the motion for partial summary judgment currently on calendar for Friday, September 5, 2008 to **Friday, September 19, 2008 at 10:00 a.m.** before the Honorable Charles R. Breyer.  **The briefing schedule shall remain the same as currently set.**

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: August 20, 2008    FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
    Barbara Espinoza
    Courtroom Deputy