William I. Edlund, State Bar No. 25013
Alyson L. Huber, State Bar No. 202713
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
wedlund@bztm.com
ahuber@bztm.com

Michael L. Rosen, *Admitted Pro Hac Vice*
John E. Duke, *Admitted Pro Hac Vice*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mrosen@foleyhoag.com
jduke@foleyhoag.com

Attorneys for Defendant Power Medical Interventions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRICK TANTIADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>POWER MEDICAL INTERVENTIONS, a Pennsylvania corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 07-02874 CRB<br><br>**DEFENDANT POWER MEDICAL INTERVENTIONS, INC.'S OFFER OF JUDGMENT ON COUNT II OF PLAINTIFF'S COMPLAINT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Power Medical Interventions, Inc. ("PMI") hereby offers to allow judgment to be entered against it in the above-captioned case and in favor of Plaintiff Myrick Tantiado on Count II of Plaintiff's

Complaint in the amount of $17,064.00 plus pre-judgment interest as the Court may determine and contingent on all claims against PMI in Count II of the Complaint being dismissed with prejudice by Plaintiff upon acceptance of this Offer of Judgment.

This offer is made for purposes of settlement and shall not be construed as an admission that PMI is liable in this action or that Plaintiff suffered any damages as a result of PMI's actions.

DATED: August 8, 2008

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

FOLEY HOAG LLP

By: _____
John E. Duke
Attorneys for Defendant
POWER MEDICAL INTERVENTIONS

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff Myrick Tantiado, Stephen J. Henry, Esq., 2625 Alcatraz Avenue, No. 615, Berkeley, California 94705 by first-class mail on August 8, 2008.

_____
John E. Duke

-2-

1507.011/301045.1      DEFENDANT POWER MEDICAL INTERVENTIONS, INC.'S OFFER OF JUDGMENT



Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

617 832 1000 *main*
617 832 7000 *fax*

John E. Duke
Boston Office
617 832 3083
jduke@foleyhoag.com

August 8, 2008

**Via U.S. Mail**

Stephen J. Henry, Esq.
2625 Alcatraz Avenue, No. 615
Berkeley, CA 94705

    Re:    Tantiado v. Power Medical Interventions, Inc., Case No. C 07-02874 CRB

Dear Stephen:

Enclosed please find "Defendant Power Medical Interventions, Inc.'s Offer of Judgment on Count II of Plaintiff's Complaint."

Please call if you have any questions.

Sincerely,

John Duke

Enclosure
cc:    Michael L. Rosen, Esq.
        Alyson L. Huber, Esq.