STEPHEN HENRY (State Bar # 142336)
2625 Alcatraz Avenue, No. 615
Berkeley, CA 94705
Telephone: (510) 989-1883
Facsimile: (510) 295-2516
shenry@henrylaw.com

MARK L. MOSLEY (State Bar # 136449)
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 992-4342
Facsimile: (415) 362-2006
mmosley@meqlaw.com

Attorneys for Plaintiff MYRICK TANTIADO

UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRICK TANTIADO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>POWER MEDICAL INTERVENTIONS, a Pennsylvania corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 07-02874 CRB MED<br><br>**[PROPOSED] JUDGMENT ON COUNT II ONLY**<br><br><br><br>Original filing date: April 6, 2007<br>Removal date: June 1, 2007 |

Plaintiff Myrick Tantiado having accepted defendant Power Medical Interventions, Inc.'s offer to allow judgment to be entered against Power Medical Interventions, Inc. on Count II, Violation of Labor Code Sections, only, and having requested that the District Court enter such judgment on Count II only in accordance with Federal Rule of Civil Procedure 54(b), the Court hereby enters partial judgment on Count II only in the amount of $17,064.00, with prejudgment interest and costs, including attorney's fees, to be determined by subsequent motion.

Dated: September ___, 2008

_____
UNITED STATES DISTRICT COURT JUDGE