William I. Edlund, State Bar No. 25013
Alyson L. Huber, State Bar No. 202713
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
wedlund@bztm.com
ahuber@bztm.com

Michael L. Rosen, *Admitted Pro Hac Vice*
John E. Duke, *Admitted Pro Hac Vice*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mrosen@foleyhoag.com
jduke@foleyhoag.com

Attorneys for Defendant POWER MEDICAL INTERVENTIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRICK TANTIADO, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>POWER MEDICAL INTERVENTIONS, a Delaware corporation, and DOES ONE through FIFTY, inclusive,<br><br>        Defendants. | No. 3:07-cv-02874-CRB<br><br>**[PROPOSED] ORDER ON DEFENDANT POWER MEDICAL INTERVENTIONS, INC.'S MOTION TO STRIKE**<br><br>Original Filing Date: April 6, 2007<br>Removal Date:   June 1, 2007 |

The motion of Defendant Power Medical Interventions, Inc. to strike "Plaintiff's Acceptance of Defendant Power Medical Interventions, Inc.'s Offer of Judgment on Count II Only Pursuant To F.R.C.P. Rule 68" is hereby allowed.

DATED this _____ day of _____, 2008.

_____
Hon. Charles R. Breyer
United States District Court Judge

-1-