William I. Edlund, State Bar No. 25013
Alyson L. Huber, State Bar No. 202713
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
wedlund@bztm.com
ahuber@bztm.com

Michael L. Rosen, *Admitted Pro Hac Vice*
John E. Duke, *Admitted Pro Hac Vice*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mrosen@foleyhoag.com
jduke@foleyhoag.com

Attorneys for Defendant POWER MEDICAL INTERVENTIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRICK TANTIADO, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> POWER MEDICAL INTERVENTIONS, a ) <br> Delaware corporation, and DOES ONE through ) <br> FIFTY, inclusive, ) <br> ) <br> Defendants. ) <br> ) | No. 3:07-cv-02874-CRB <br><br> **[PROPOSED] ORDER ON DEFENDANT POWER MEDICAL INTERVENTIONS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The motion of Defendant Power Medical Interventions, Inc. for partial summary judgment came on regularly for hearing on September 19, 2008. Both parties were represented by counsel. After considering the pleadings and papers filed in this matter, the Court finds that there are no triable issues of material fact and that Defendant is entitled to summary judgment as a matter of law on (1) Count I of Plaintiff's Complaint, and (2) the portion of Count II of Plaintiff's Complaint

-1-

1  alleging that Defendant unlawfully failed to reimburse Plaintiff for expenses incurred on

2  Defendant's behalf as required by Cal. Lab. Code § 2802.

4  DATED this _____ day of _____, 2008.

                                             _____
                                             Hon. Charles R. Breyer
                                             United States District Court Judge

-2-

[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No 3:07-cv-02874-CRB.