**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 19, 2008**

**C-07-02874** CRB

**MYRICK TANTIADO** v. **POWER MEDICAL INTERVENTIONS**

| Attorneys: | Mark Mosley | Michael Rosen |
|---|---|---|
| | Stephen Henry | |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Kathy Wyatt**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. D's Motion for Partial Summary Judgment | Submitted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

_____

(X) ORDER TO BE PREPARED BY:    Plntf \_\_\_\_\_    Deft \_\_\_\_\_    Court  X

( ) Referred to Magistrate Judge for: _____

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____    Set for _____ days
                    Type of Trial: ( )Jury    ( )Court

Notes: _____