```
BRIAN L. JOHNSRUD, State Bar No. 184474
SCOTT P. PEARTREE, State Bar No. 240197
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650-843-4000
Fax: 650-843-4001
E-mail: bjohnsrud@morganlewis.com
E-mail: speartree@morganlewis.com
```

Attorneys for Plaintiff
POWER MEDICAL INTERVENTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRICK TANTIADO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>POWER MEDICAL INTERVENTIONS, INC.,<br><br>　　　　　Defendant. | Case No. C 07-02874 CRB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Defendant Power Medical Interventions, Inc. hereby substitutes retained counsel Brian L. Johnsrud and Scott P. Peartree of Morgan, Lewis & Bockius LLP, 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California, 94306, as attorneys of record in the place and stead of William I. Edlund, Alyson L. Huber, and Duyen Thi Nguyen of Bartko, Zankel, Tarrant & Miller, 900 Front Street, Suite 300, San Francisco, California, 94111 and Michael L. Rosen and John Earl Duke of Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport Boulevard, Boston, Massachusetts, 02210. Please direct all notices and other communication to Defendant pertaining to this case to Morgan, Lewis & Bockius LLP at the above-identified address.

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62475761.    1    NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. C 07-02874 CRB

1  Dated: January 14, 2009

                                              /s/ Brian M. Posner
Brian M. Posner
Chief Financial Officer
POWER MEDICAL INTERVENTIONS, INC.

4  Dated: _____, 2009

William I. Edlund
Alyson L. Huber
Duyen Thi Nguyen
BARTKO, ZANKEL, TARRANT & MILLER

7  Dated: _____, 2009

Michael L. Rosen
John Earl Duke
FOLEY HOAG LLP

10  Dated: _____, 2009

Brian L. Johnsrud
Scott P. Peartree
MORGAN, LEWIS & BOCKIUS LLP

### [PROPOSED] ORDER

The substitution of counsel is above-titled case is hereby approved.

IT IS SO ORDERED.

Dated: _____, 2009

The Hon. Charles R. Breyer
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62475761.1                                    2                         NOTICE OF SUBSTITUTION OF COUNSEL
                                                                            CASE NO. C 07-02874 CRB

| | |
|---|---|
| 1  Dated: _____, 2009 | |
| 2 | Brian M. Posner |
|   | Chief Financial Officer |
| 3 | POWER MEDICAL INTERVENTIONS, INC. |
| 4  Dated: _____, 2009 | |
| 5 | William I. Edlund |
|   | Alyson L. Huber |
|   | Duyen Thi Nguyen |
| 6 | BARTKO, ZANKEL, TARRANT & MILLER |
| 7  Dated: 1/14, 2009 | *[signature]* |
| 8 | Michael L. Rosen |
|   | John Earl Duke |
| 9 | FOLEY HOAG LLP |
| 10 Dated: _____, 2009 | |
| 11 | Brian L. Johnsrud |
|    | Scott P. Peartree |
| 12 | MORGAN, LEWIS & BOCKIUS LLP |

## ~~[PROPOSED]~~ ORDER

The substitution of counsel is above-titled case is hereby approved.

IT IS SO ORDERED.

Dated: Jan 15, 2009

The Hon. Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*

| | | |
|---|---|---|
| 1 | Dated: _____, 2009 | _____ |
| 2 | | Brian M. Posner |
| | | Chief Financial Officer |
| 3 | | POWER MEDICAL INTERVENTIONS, INC. |
| 4 | Dated: 1/14, 2009 | _____ |
| 5 | | William I. Edlund |
| | | Alyson L. Huber |
| 6 | | Duyen Thi Nguyen |
| | | BARTKO, ZANKEL, TARRANT & MILLER |
| 7 | | |
| 8 | Dated: _____, 2009 | _____ |
| | | Michael L. Rosen |
| 9 | | John Earl Duke |
| | | FOLEY HOAG LLP |
| 10 | Dated: 1/14, 2009 | _____ |
| 11 | | Brian L. Johnsrud |
| | | Scott P. Peartree |
| 12 | | MORGAN, LEWIS & BOCKIUS LLP |

### [PROPOSED] ORDER

The substitution of counsel is above-titled case is hereby approved.

IT IS SO ORDERED.

Dated: _____, 2009

_____
The Hon. Charles R. Breyer
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62475761.1     2     NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. C 07-02874 CRB