**STEPHEN F. HENRY, ESQ.**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com

MARK L. MOSLEY (State Bar # 134349)
MOSCONE EMBLIDGE & QUADRA, LLP
220 Montgomery Street. Suite 2100
San Francisco, CA 94104
Telephone: (415) 592-4342
Facsimile: (415) 362-2006
mmosley@meqlaw.com

Attorneys for Plaintiff
MYRICK TANTIADO

BRIAN L. JOHNSRUD, State Bar No. 184474
SCOTT P. PEARTREE, State Bar No. 240197
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:  650-843-4000
Fax:  650-843-4001
E-mail:  bjohnsrud@morganlewis.com
E-mail:  speartree@morganlewis.com

Attorneys for Defendant
POWER MEDICAL INTERVENTIONS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRICK TANTIADO, an individual, | Case No. C 07-02874 CRB MED |
| Plaintiff, | STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE |
| vs. | |
| POWER MEDICAL INTERVENTIONS, a Pennsylvania corporation, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | Original filing date: April 6, 2007<br>Removal date: June 1, 2007 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Myrick Tantiado and Defendant Power Medical Interventions, Inc. stipulate and agree to the dismissal of all claims for relief contained in Plaintiff's Complaint with prejudice pursuant to F.R.C.P. 41(a).

Dated: March 27, 2009                    STEPHEN F. HENRY, ESQ.

                                By:     /s/ Stephen Henry_____
                                        Stephen F. Henry
                                        Attorney for Plaintiff
                                        MYRICK TANTIADO


Dated: March 27, 2009                    MORGAN, LEWIS & BOCKIUS LLP

                                By:     /s/ Scott Peartree_____
                                        Scott P. Peartree
                                        Attorneys for Defendant
                                        POWER MEDICAL INTERVENTIONS, INC.


## ORDER

Based upon the stipulation above, the Court orders the dismissal of all claims for relief contained in Plaintiff's Complaint with prejudice

IT IS SO ORDERED.


Dated: March _30_ 2009        _____
                              Honorable Charles Breyer
                              U.S. Northern District Court Judge

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA